IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

2005 APR 22 PM 1:16

CV-05-HGD-0839-E

Inmate Identification Number: #14914-B-4

Lorenzo Neal Billingsley

_____

(Enter above the full name(s) of the plaintiff(s) in this action)

**NOTICE TO FILING PARTY**

It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.

vs.

Sheriff: Jim Abbett, Chief Deputy: Sherrer and Jail Administrator: Blake Jennings   Medical Nurse Staff: Kathy Dubosie
Sgt. Frazier and Officer: Woods and Officer's Correctional others"
(Enter above full name(s) of the defendant(s) Sgt. Mason, Correctional Officer's of Tallapoosa
in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
      Yes (  )          No ( ✓ )

   B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s):  _____N/A_____

         Defendant(s): _____

         _____

2. Court (if Federal Court, name the district; if State Court, name the county) _N/A_

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. Place of present confinement _Tallapoosa County Jail_

A. Is there a prisoner grievance procedure in this institution?
Yes ( ✓ )   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( ✓ )   No ( )

C. If your answer is YES:

   1. What steps did you take? _I sent a complaint to Jail Administrator and Lt. Moss._

   2. What was the result? _No one call me to see about this Matter are Proulbe Complaint Because they seem not to care._

D. If your answer is NO, explain why not? _____

2

United States District Court
Northern District of Alabama

Lorenzo Neal Billingsley
#14914 - Cell-C-4
    Plaintiff(s)                    Case's #-00000-
        V.S.
Tallapoosa County Jail
   "Ext." all
SHERIFF: Jim Abbett, Chief: Deputy: Sherrer
Medcial Nerus Staff of Tallapoosa County
Jail Adninistrator: Blake Jennings  Jail: Kathy Dubosie
Sgt. Frazier and Correctional Officer: Woods

# Statement of Claim
"as briefly as possible and Facts of Case."

## Steps I Took - I.

I. I Inmate Lorenzo N. Billingsley #14914 being before the Courts that I Believed that my Civil Rights has been violated, By Tallapoosa County Jail and Medcial Staff.

I sent a complaint to Jail Administrator: <u>Blake Jennings</u> and Lt. Moss over Officers, and the Shift Sgt: Pat on more then one time about that, I had sent a Medcial Request to the Nerues to go to a Doctor in the Free Wnold because she don't want to give me the Right Medcial Addtention about my Letf Feet that is in alot of Pain and Very Im fiated to the bone and. The Nerues: <u>Kathy Dubosie</u> still refuesed me to go to a out side Doctor because I do not have the Money on the Book to Pay the Doctor and that is a Violation of my Civil Rights. I did present a complaint Inmates Fnon and Grievance Fnon on March of 2005 Three time are more and April of 2005 more then Three time but still, I have been Deined of my Right's no one seen to care down here, I'm just Suffering down here.

## Relief - II

II. I would like the Courts to bring this Matter and Parties involved in this Before the Courts and show reason why I was denied of Outside Medical addtation Help for my Left Feet that in Bad Conidation Because of Poor Medical Help and Pain and Surffering. Also that I be Relesuse at once from Tallapoosa County Jail and Pay for my Pain and Surffering and also for Violating my Civil Rights a Sun of $250,000,000 - Dollars for Relief.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on April 14, 2005

Paint: Mr. Lorenzo Neal Billingsley
Signature's: Mr. Lorenzo Neal Billingsley

Statement of Claim

II. Also the Correctional Officer has been pass out Medcation to the Inmate on all shiftes and one is Officer: Woods and that is againt the law because they has not be to any kind of Medcial School are been to school to get a degree in R.N. are L.P.N. to pass out Medcation. And on April 15, 2005 Correctional Officer: Woods gave me the wrong Medcation off the Med. Cot.

I Feel that if they have not been to Med. School they should not be albe to pass out Medcation are any other Medcial Resaon. There should be a Medcial Nurse on 24 Hours aday becaues this Jail has over 200 Hundred Inmate in here and More.

Also they have people sleeping on the Floor as I am now with a Medcial Troulbe to my Left Feet and still me on the Floor and I have been going on 1 Mouth, One more will be a Mouth I have been in here for Child Support and they also have me in the cell with State Prisoner and I am Just a County Inmate that is violation of my Civil Rights And I Fear for my life everyday because I'm in the cell with violence from state Inmates.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this Day April 15, 2005

Paint: Lorenzo Neal Billingsley
Signature's: Lorenzo Neal Billingsley

Also on April 15, 2005 - I ask Nurses Kathy Dubosie was she going to look at my Feet and she told me No and that she wasn't going to let me go to a Free World Doctor I was Denied again Medcial Treatment Here at Tallapoosa County Jail.

I. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) Lorenzo Neal Billingsley #14941-B-4
Tallapoosa County Jail
Address 316 Industrail Park Dr.
Dadeville, Alabama 36853

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Kathy Dubrosie
is employed as Nures of Tallapoosa County Jail
at 316 Industrail Park Dr. Dadeville, Alabama 36853

C. Additional Defendants Sheriff: Jim Abbett, Chief Deputy: Sherrer, and Jail Administrator: Blake Jennings Sgt. Frazier and Officer Correctional: Woods

V. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

3

_____

_____

_____

_____

_____

_____

_____

**RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_____

_____

_____

_____

_____

_____

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.

_____

_____

_____

_____

Signature(s)