FILED
2005 Apr-25 AM 10:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

FOR USE BY INCARCERATED PERSONS

FILED
2005 APR 22 PM 1:16

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

CV-05-HGD-0839-E

## APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Declaring that the personal and financial information I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security.

1. Your full name: Lorenzo Neal Billingsley

   Present mailing address: 316 - Industrail Park Dr.
   Dadeville, Alabama

2. Are you presently employed?   Yes ____  No ✓

   If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.

   Monthly earnings: _____

   If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.

   Down and Dirty Landscapes and Construction, Inc.
   1090-Old Kellyton Road Alexander City Alabama 35010

   Date last worked: Feb. 20, 2005
   Monthly earnings: $300.00

3. Have you received within the past twelve months any money from any of the following sources?

   (a) Business, profession, or any form of self-employment?   Yes ____  No ✓
   (b) Interest, dividends, rents, or investment income of any kind?   Yes ____  No ✓

1

(c)   Pensions, annuities, or life insurance payments?    Yes ____   No ✓

(d)   Gifts or inheritances?    Yes ____   No ✓

(e)   Any other sources?    Yes ____   No ✓

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

N/A

4.   How much money do you own or have in any checking or saving accounts, including your prison or jail account? $ -0-

5.   Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?    Yes ____   No ✓

If the answer is "yes," describe the property and state its approximate value:

N/A

6.   List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support.

My Sons Lorenzo A. Thomas and Jayquinn Neal Billingsley
$179.00 Monthly                    $180.00 Monthly
Child Support                       Child Support

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated: 4-14-05

Lorenzo Neal Billingsley #14914
SIGNATURE OF PLAINTIFF

2

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include both the total deposits made to the prisoner's account each and every month for the preceding six months and the average monthly balance in the account each and every month during the preceding six months. Information for **six full months** must be provided.

### CERTIFICATION

I hereby certify that prisoner __Lorenzo N. Billingsley__ has been incarcerated in this institution since __3-23-05__, ____, and that he has the sum of $ __0__ in his prison or jail trust account on this the __20__ day of __April__, __2005__. I further certify that the information provided below is true and correct.

|  | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | Oct "04" | $ 0 | $ |
| Month 2 | Nov. "04" | $ 0 | $ |
| Month 3 | Dec. "04" | $ 0 | $ |
| Month 4 | Jan "05" | $ 0 | $ |
| Month 5 | Feb. "05" | $ 0 | $ |
| Month 6 | March "05" | $ 50.00 | $ |
| Current month (if less than full month) | April "05" | $ 0 | $ |

__Marianne Adams__
Signature of Authorized Officer of Institution

__Tallapoosa Co. Jail__
Name of Institution

4