FILED
2005 May-02 PM 02:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

Lorenzo Neal Billingsley

V.

Abbett, et. al.

Case Number #
CV-05-HGD-0839-E

## <u>Complaint</u>

I <u>Lorenzo N. Billingsley</u> Requested to see Nruse and Doctor on this said Date of <u>April 24, 2005</u> and I haven't seen the Nruse are Doctor for my Feet and my Tooth Ache so they have Refused to give me Medcial Treatment again on this said Date and here it is going into another week <u>April 27, 2005</u> and havent seen a Nruse are Doctor because I have Filed a Civil Action on the Jail and all Staff involved in this <u>Case Docket Number CV-05-HGD-0839-E</u>. I'm asking the Court's to Order that Tallapoosa County Jail be said Order to Release I Inmate <u>Lorenzo Neal Billingsley</u> So, I can get the Right Medcial Treatment to my Left Feet before I Lose it and see about my other Medcial Proubles. As I said I'm only in here for Child Support. I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>April 27, 2005</u>

<u>Lorenzo Neal Billingsley</u>
Signature(s)

Lorenzo Neal Billingsley

Filed vs.

Abbett, Et. Al.

Case # CV-05-HGD-0839-E

05 ... 09

U.S. I, Lorenzo N. Billingsley Requested to See Nurse and Doctor once again and Still, I have not been Denied the Right to Medcial Treatment again by Nurse Staff of Tallapoosa County Jail: Kathy Dubosie "Nurse Aid" and my Pain is getting Bad on my Left Feet and also Toothache So they have Refused to give me Medcial Treatment again on said Date of April 28, 2005 This Complaint goes to the Case Docket Number #

CV-05-HGD-0839

I Declare under penalty of perjury that the foregoing is true and correct.

Executed on April 28, 2005

Also they still have Corrtions Officer passing out Medcation on Halls to Inmates and have me in the cell with State Inmates and I fear for my life.