FILED
2005 May-04 AM 10:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# A Complaint On

Date: 4-29-05
Case # CV-05-HGD-0839

Lorenzo Neal Billingsley
vs.
Abbett, Et. Al.

On this date April 29, 2005, I Lorenzo N. Billingsley went to ChildSupport Court of District of Tallapoosa County Jail. Seen the Judge: Kim Talroy of Court and I, Did let him know of my Medcial Proublue's about that Tallapoosa County Medcial Nruse was Refuesing me Medcial Treatment to see a Doctor on the Outside to see the reason that my Left Feet is getting Bader. And he did Order them to take me to a Outside Doctor to find out the reason my Feet was not getting Better. But they still Denied me Outside Medcial Treatment So. Tallapoosa Should be Order to Release me at Once from Jail So I can take care of my Feet before I Lose it please Court. And they Should be brought to Court and Made to Pay for Violation of my Civil Rights at Once. And my Pain and Suffering

I Declare under penalty of perjury that the foregoing is true and correct Executed on, April 29, 2005

Mr. Lorenzo Neal Billingsley
Mr. Lorenzo Neal Billingsley
Signature's

April 30, 2005
~~April~~ May 1, 2005     } Date's Denied
May 2, 2005                     Treatment