FILED
2005 May-04 AM 10:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORENZO BILLINGSLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:05-CV-839-HGD |
| | ) |
| SHERIFF JIM ABBETT, et. al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

In accordance with the Memorandum of Opinion entered contemporaneously herewith, it is ORDERED, ADJUDGED and DECREED that the above styled action be TRANSFERRED to the United States District Court for the Middle District of Alabama for further proceedings.

The Clerk is DIRECTED to serve a copy of this Order upon plaintiff.

DONE this the 4th day of May, 2005.

HARWELL G. DAVIS, III
UNITED STATES MAGISTRATE JUDGE