Date: ~~May 3~~ 2005
Time:
Case's # CV-05-HGD-0839-
# 1:05-CV-839-HGD

RECEIVED
2005 MAY 10 A 9:39
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Lorenzo Neal Billingsley
V.
Abbett, Et. Al.

I Inmate Billingsley had Requstes to go to the Doctor that should find out why my left Feet is in Very Bad Condation and getting Bad'er. I have ask over and over more then ~~~~ then I can think of. She ~~~~ lied to me again about I was going to the Doctor and that she had made me a Apointment and she didn't do so.

*Date: May 4, 2005

I Inmate Billingsley did see Lt. Moss and told and showed her my Condation of my Left Feet and did say I needed to go to another Doctor to find out why my Feet was in such Bad Condation. So she did tell the Nruse and Jail Adimidatioer: Blake Jenning's But ~~~~ Nothing was done I was still not seen by a Doctor. And on *May 4, 2005 they did let me see the Jail Doctor the same Doctor told me that he didn't know what was causeing this to my Feet and said that he would like for another Doctor to look at it and see can he find out the causes

of my proublem to my Feet. But not anything has been done the Nruse and Blake Jennings that's over the Jail has done Nothing and has still Denid me to see another Doctor so these people should be brought to Court and held for there wrong doing to me and againt my Civil Right and made to Pay me for my Pain and Suffering as soon as possible please's.

* May 5-6, 2005

I Inmate Billingsley has ask again to go to the Doctor on both Days but I have still been Denid to go to Doctor for the Right Medcial Treatment so please have them to Release me so I can get Medcial Treatment on my Left Feet.* May 7-8, 2005 I have still Been Denid the Medcial Treatment I need. I Declare under penalty of perjury that the foregoing is true and Correct. Executed on. May 8, 2005.

Lorenzo Neal Billingsley
*Lorenzo Neal Billingsley*
Signatures

to look at it and see can he find out the causes