United States District Court
Middle District of Alabama
Post Office Box 711
Montgomery, AL. 36101-0711

RECEIVED 2005 MAY 11 A 9 56
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Lorenzo Billingsley, "Plaintiff"

Date: May 9, 2005

VS.

SHERIFF Jim Abbett Et. Al., Defendants.

1:05-CV-839-HGD

## ORDER

I Inmate Loreno N. Billingsley IN accordance with the Order of this date, the above-entitled civil Action Tallapoosa County Jail Did take me to the Doctor and he did say that my Left Feet was Infaited very bad inside to the bone from something I got in the Tallapoosa County Jail Shower Medcial Doctor: Steven L. Mackey, M.D. Board Certified Dermatologist: 3368 Highway 280 Suite 208 Alexander City Alabama 35010 Phone #(256) 409-2159 on May 9, 2005. But this dosn't put them in the right because they should have taking me to the Doctor before my Feet got in this conditions so, I say they should be held for there Action for violation

of my Civil Rights and Pain and Suffering For not seeking the Right Medcial Treatment before this Medcial Proumble got out of Hand and cause my Feet more Bad Condition. So please will the Courts being this Civil Action before the Courts and Defendan(s) in this Action to Court and have them to Pay for the Violation of my Civil Right's. But it is not over because the Doctor have me taking Medciation for 29 Day's to hopeful help my Feet get better if not to come back to the Doctor in three Weeks and he is gone to send me to another Doctor in Opilake Alabama.

Sincerely,
Lorenzo Billingsley
Lorenzo Billingsley

I Declare under penalty of perjury that the foregoing is true and correct. Executed on
May 9, 2005.