Middle District of Alabama

Lorenzo N. Billingsley,
   Plaintiff

vs.

SHERIFF: Jim Abbett, Et. Al.,
   Defendants,

Date: May 13, 2005

## ORDER

I Inmate Billingsley would like to being to the Court(s) that, I have reported about the Hall Officer(s) Passing out Medcation to Inmate(s) on Hall(s) and they are not porper too because they have not been to any Medcail School and they are not Certified R.N. are L.P.N. and on May 12, 2005 Officer: Woods Refused to give me my Medcation given to me by Doctor. I have been Denied of my Civil Right(s) for the Proper Medcail Treatment because there should be a Nurse on Duty at all time because they are Certified Nures and aloud to Pass out Medcation.

## Relief

I would like these Officer(s) and All brought before the Court(s) and show reason why they have Violated my Civil Right(s) and have them to Pay for my Pain and Suffering cause by Tallapoosa County Jail Ex. Al.,

RECEIVED

2005 MAY 16 A 10:04

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

United States
District Court Middle of
Alabama

Lorenzo Billingsley,
  Plaintiff,

vs.

SHERIFF Jim Abbett, Et. Al.,

1:05-CV-839-HGD

## Order

I Inmate Lorenzo Billingsley was in Cell B-5 on said Date May 12, 2005 with 9 other Inmate(s) and some of them are State Inmate(s) and around 11:30 A.M. two Hall Officer(s) on Ms. Sgt. Frazier Shift at the County Jail was told to put Cover(s) over the window(s) because one of the Officer(s) said that one of the Inmate(s) was yelling at one of the Women Inmate(s) coming down the Hall to go to the Law Liebery. And that was a Security Violation because you chouldn't see in are out and anything chould have happen because I'm just a County Inmate in here with State Inmate(s) I fear for my life because how can they do a Cell are Hall HeadCount with the window Covered up there chould have been a Fight are someone chould have gotten hurt

So I'm asking the Court to being these people of the Tallapoosa County Jail before the Court and have them to show reason why they put my Life and other in Security Violation and have them to Pay for my Pain and Suffering and Fear of my Life.

These are the other Inmate(s) that was in the Cell that seen this happen.

1. Robert Dale Gilmore
2. Jarvis Billingsley
3. Marcus McNeil
4. Stephen B. Stager
5. David Newsne
6. MARK RAY
7.
8.
9.