**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Tom McCain_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Tom McCain
C. Date of Delivery: 3/19/05

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

2:05CV428 Proc Order cmpt amd

1. Article Addressed to:

Sgt. Frazier
Correct. Officer
316 Ind. Park
Dadeville AL 36853

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0005 4584 6156

PS Form, 2001, Domestic Return Receipt       102595-02-M-1540