**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sgt. Mason
   Corr. Off.
   Tallapoosa Co. Jail
   316 Ind. Park Dr.
   Dadeville, AL 36853

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Tom McCoy*    ☐ Agent    ☐ Addressee

B. Received by (Printed Name): Tom McCoy    C. Date of Delivery: 5-19-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:05cv428

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0005 4584 6224

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Kenny Sherrer
   Tallapoosa Co. Jail
   316 Industrial
   Dadeville, AL 36853

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Tom McCoy*    ☐ Agent    ☐ Addressee

B. Received by (Printed Name): Tom McCoy    C. Date of Delivery: 5-19-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   PC Fair Complaints
   Drive 3:05cv428

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0005 4584 6187

PS Form 3811, August 2001    Domestic Return Receipt    2595-02-M-1540