**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Timothy Abbett
   Tallapoosa Co. Jail
   316 Industrial Park Drive
   Dadeville, AL 36853

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Toni McLay_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
   Toni McLay                    5-19-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   3:05cv428-F

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7003 2260 0005 4584 6194

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Officer Woods
   Correctional Officer
   316 Ind. Park Drive
   Dadeville, AL 36853

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Toni McLay_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
   Toni McLay                    5-19-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:05cv428

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7003 2260 0005 4584 6149

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540