IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| LORENZO NEAL BILLINGSLEY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:05-cv-428-F |
| | ) WO |
| JIMMY ABBETT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on May 17, 2005(Doc. #8), said Recommendation is hereby adopted and it is the ORDER, JUDGMENT and DECREE that plaintiff's claims against the Tallapoosa County Jail are DISMISSED prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i), that this party is DISMISSED as a defendant to this complaint, and this case, with respect to the remaining defendants, is referred back to the magistrate judge for additional proceedings.

DONE this 27th day of June, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE