# Exhibit A
# Alabama Uniform Arrest Report

# ALABAMA UNIFORM ARREST REPORT

Fingerprinted: ☐ Yes ☐ No
R84 Completed: ☐ Yes ☐ No

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

## IDENTIFICATION

- **1 ORI #:** 062 0000
- **2 AGENCY NAME:** Tallapoosa County Sheriff's Department
- **3 CASE #:** 05 03 00207
- **5 LAST, FIRST, MIDDLE NAME:** Billingsley Lorenzo
- **7 SEX:** ☒ M ☐ F
- **8 RACE:** ☒ 2B
- **9 HGT:** 507
- **10 WGT:** 150
- **11 EYE:** BRO
- **12 HAIR:** BLK
- **14:** ☒ 3 TATTOOS
- **15 PLACE OF BIRTH:** Tallapoosa County
- **DATE OF BIRTH:** 9-27-66
- **18 Age:** 38
- **22 DL #:** NA
- **26** ☒ RESIDENT
- **27 HOME ADDRESS:** 164 Burns St. Alexander City, AL 35010
- **28 RESIDENCE PHONE:** NA
- **29 OCCUPATION:** Unemployed

## ARREST

- **33 LOCATION OF ARREST:** Alex City P.D.
- **35 ARRESTED FOR YOUR JURISDICTION:** ☒ IN STATE ☒ YES
- **36 CONDITION OF ARRESTEE:** ☒ SOBER
- **37 RESIST ARREST?:** ☒ NO
- **38 Injuries?:** ☒ 1 NONE
- **39 ARMED?:** ☒ N
- **41 DATE OF ARREST:** 03-23-05
- **42 TIME OF ARREST:** 0030 ☒ 3. MIL
- **43 DAY OF ARREST:** ☒ T (Thursday)
- **44 TYPE ARREST:** WARRANT
- **45 ARRESTED BEFORE?:** ☒ UNKNOWN
- **46 CHARGE—1:** ☒ MISD — FTA Child Support
- **47 UCR CODE:** 5015
- **48 CHARGE—2:** ☒ MISD — FTP Poss of Drug Para.
- **49 UCR CODE:** 5015
- **50 STATE CODE:** 13A-10-40
- **51 WARRANT #:** CS 1994-435.01
- **52 DATE ISSUED:** 09-23-03
- **53 STATE CODE:** 13A-10-40
- **54 WARRANT #:** DC 1999000182.00
- **55 DATE ISSUED:** 09-22-03
- **66 ARREST DISPOSITION:** ☒ HELD

## RELEASE

- **111 ARRESTING OFFICER:** Brown Ronnie
- **112 ID #:** 062

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**ADDITIONAL ARREST NARRATIVE CONTINUED**

117 DATE AND TIME OF ARREST: 03/23/05  0:30  PM
118 CASE #: 05030020 7

**120 ADDITIONAL ARREST INFORMATION**

On 03/23/05 Lorenzo Billingsley was arrested for the warrants listed on this report. He was transported to the Tallapoosa County Jail.

TYPE OR PRINT IN BLACK INK ONLY