# Exhibit J
# Progress Notes

## PROGRESS NOTES

Name: Billingsley, Lorenzo

UMR # _____

| Date | Service Area | Sign All Entries |
|------|--------------|------------------|
| 6/3/2003 | | No P Dx's c̄ No chronic Med since + Dx's. wt 140# 128/64. No current problems c̄ vial. Consent obtained for Bld work. Blood drawn for HIV, syphilis. (+ PPD) in part Arebinr |
| 6/3/2003 | | Requesting B/P be checked. B/P = 120/86 ambo |
| 6/25/2003 | | Released (Arebt) |
| 3-24-05 | | Came to office states he is on cardiac meds don't know the name will try to get list from M.D. Got Med Release signed — C. LaBox Rn |
| 3-24-05 | | Faxed Signed Med Release by inmate to Grady Memorial Hospital Medical records dept after being told there were 18 Dr Moore Residents besides the Dr Moore that are already MD.'s So this is the only way to go forwd to GMSCox — C. LaBox Rn |
| 3-25-05 | | Spoke c̄ Rena in Medical records as Ms Cox was not there and hadn't received any correspondance as to Meds Inmate should be on. She states she will try to help me — C. LaBox Rn |
| 3-25-05 pm | | Received Fax from Grady Hospital stating that is all they have on him. There is nothing mention Heart Problems in fax. Again questioned Inmate about Dr Moores 1st Name states he don't know what it is so I can't get Information due to there being so many Dr Moores in Atlanta and Grady Hospital denies having anything on Heart problem. Inmate states he has no one to bring meds from home to us to identify — C. LaBox Rn |
| 3-25-05 pm | | Discussed out come of trying to get info c̄ Jail Adm. who didn't have any other ideas on how to get info — C. LaBox Rn |

TCJ Form-07H

## PROGRESS NOTES

Name Lorenzo Billingsley

UMR # _____

| Date | Service Area | Sign All Entries |
|------|--------------|------------------|
| 4-4-05 | | H&P done. 38y BM Ht 5'9" Wt 140# NKA $^{112}/_{68}$ reports hx of HTN; MI x 2, most recent in Jan 2005. treated in Russell Medical Center by Dr K. Sublet. Ø surgeries. Reports head injury in 2004 from butt of gun requiring 21 staples. Cut to (L) thigh median aspect in 1999 requiring "a lot" of staples. Stabbed by ice pick 7 x's to chest (L) side, ice pick to (L) back kidney area "butcher knife" to (L) ↓ back kidney area requiring transfer from RMC ER to Coosa Valley, due to hemorrhage of kidney. billi 2003. Smokes 3-4 cigs qd X 20 yrs. Marijuana no occas, cocaine occ use Ø since 2002. ETOH 1-2 beers wkly X 20 irs. Consent & obtained for lab work. Blood drawn (R) ac X 1 attempt for HIV & syphilis. Reports (+) PPD in 2000 @ which time he reports he took meds.  ———— C. DuBose RN |
| 4-6-05 | | Faxed request for records to Dr Sublett's office. ———— C. DuBose RN |
| 4-8-5 | | S- (L) foot pain + blister to bottom + side of foot Started 4-1-5 Hurment |
| | | O- (L) foot multiple pustules mid toe |
| | | P- Evren ? callous Impetigo |
| | | P- CTS Keflex 1g bid X 7 d |
| 4-8-05 | | Cultured blisters on (R) foot and dressed + started antibiotics ———— C. DuBose RN |
| 4-11-05 | | Spoke c Lab @ Lake Martin Hospital No results on culture yet ———— C. DuBose RN |

## PROGRESS NOTES

Name _Billingsley Lorenzo_

UMR # _____

| Date | Service Area | Sign All Entries |
|------|--------------|------------------|
| 4-12-05 | | No results per Lab @ Lake Martin Hospital back yet. Pricked new blisters + drained washed peroxide and redressed. Requested bottom bunk to help elevate foot ——— C. LaBose RN |
| 4-13-05 | | Spoke c̄ labs at Lake Martin Hospital who states they will call to ck on results since it has been 5 day to call back @ 11:30 @ 11:30 g called and was told the lab doing the testing had only received the specimen yesterday and would release a preliminary report tomorrow. When ask why they only received specimen yesterday was told they didn't know, but would bring it up @ next meeting. Will ck later ——— C. LaBose RN |
| 4-14-05 | | Punctured new blisters + drained. Cleaned c̄ H₂O₂ and redressed looks much better fewer + smaller blisters, no drainage noted still states very painful. Redressed C. LaBose RN |
| 4-15-05 | | Spoke c̄ lab @ LMCH and states results are in ask to fax to me @ 825-1012 ——— C. LaBose RN |
| 4-19-5 | | S- (L) foot with bttr (still one blstr) + ___
O- Vtals stbl
(L) foot _____ few blstr
Co ____
CV reg
A- ____
P- ____ |

TCJ Form-07H

PROGRESS NOTES

Name _Billingsley Lorenzo_

UMR # _____

| Date | Service Area | Sign All Entries |
|------|-------------|------------------|
| 4-21-05 | | Pricked 4-5 small new blisters + drained. Washed with $H_2O_2$, Exudate now clean. Had been milky looking. Has fewer + smaller blisters and old blisters healed. Will cont. to monitor. New antibiotics seem to be working. (Abord) |
| 5-2-05 | | Ruptured several small blisters on heel, sides of foot + bottom of foot. Washed c̄ peroxide. Inmate stated. It relieved the pressure and decreased the pain. To see M.D. tomorrow. ———— C. Linbere N |
| 5-4-5 | | S— Pain L foot persist ① lower Ankles area |
| | | O— Bullae |
| | | P — Bullous exam |
| | | R Amoxil 500, pots x 2 ml Benton c̄ Appt c̄ Mackey |
| 5-5-05 | | Made apt for Monday May 9th @ 10:30 with Dr Mackey in Alex City as ordered C. LaBoseN |
| 5-11-05 | | Ruptured blister and applied Lotrisone gel to foot C. LaBoseN |
| 5-18-05 | | Foot clearing up blisters gone now has blister in ① hand between thumb + 1st finger and also one on ② hand told to use cream on them also C. LaBoseN |

TCJ Form-07H

## PROGRESS NOTES

Name _Billingslea Lorenzu_

UMR # ___

| Date | Service Area | Sign All Entries |
|------|--------------|------------------|
| 5-20-5 | | S- _Bill_ (still blister) on ® ft thing but improving |
| | | O - Hot NAD *(illegible)* ® new blister ® leg |
| | | A- Tinea pedis + *(illegible)* ? Pustular psoriasis |
| | | P- F/U Monday |
| 5-27-5 | | S- Pt c/o new blister new spot on hand + foot Also Pt ® doesn't want ? got |
| | | O ©hot dome ? Borrespore ? genta got Neuro intact NAD Pustular rash ® hand + Plantar foot very |
| | | A- Onychomycosis got Pustular psoriasis |
| | | R- clobetasol 80 gm |

## PROGRESS NOTES

Name _Billingsley, Lorenzo_

UMR # ___

| Date | Service Area | Sign All Entries |
|------|--------------|------------------|
| 5-2?-05 | | Gave _[illegible]_ Intra _[illegible]_ as ordered _[illegible]_ |
| 6-1-05 | | Finished Meds from Dr. Mackey and continues to have Blisters on feet + fingers better but not healed. Made appt c̄ Dr. Mackey for 6-6-05 @ 1:00 pm P. _[illegible]_ R. |
| 6-7-05 | | Went to see Dr. Mackey yesterday c̄ orders Noted C. _[illegible]_ R. |
| 6-15-5 | | S- Red face _[illegible]_ _[illegible]_ ℗ _[illegible]_ atight _[illegible]_ O- _[illegible]_ red face _[illegible]_ Chst _[illegible]_ _[illegible]_ feet _[illegible]_ Tender ℗ _[illegible]_ _[illegible]_ _[illegible]_ _[illegible]_ _[illegible]_ A- _[illegible]_ ℗ _[illegible]_ + feet _[illegible]_ turned ℗ _[illegible]_ P- _[illegible]_ _[illegible]_ _[illegible]_ |
| 6-15-05 | | Gave Decadron 8mg/2cc in ℞ arm muscle C. _[illegible]_ R. |

# Exhibit K
# Medical Request/Charge Sheets

# Tallapoosa County Jail
## Medical Request/Charge Sheet

**Inmate Name:** _George Billingsley_

**NID#** _14914_     **Date of Birth** _9-27-66_

## Co-payment Charged For:

____ **Emergency Room Visit initiated by inmate**————————$15.00
____ **Sick Call (Nurse Visit)**————————————————$ 5.00
____ **Doctor Visit (requested)**————————————————$15.00
____ **Dentist Visit**————————————————————$20.00
____ **Prescription or prescribed medication**———————$ 5.00
____ **Over the counter medication**————————————$ .25
____ **Other**_____$_____

**TOTAL**————————$ _N/C_

**State Your Problem:** _I Need to See Nurse so I can get my Medication for my Heart Started as soon as possible_

_Thank You_
_Mr Billingsley_

I UNDERSTAND THAT BY MAKING THIS REQUEST, I AM RESPONSIBLE FOR THE CO-PAY AMOUNTS DESCRIBED ABOVE. I FURTHER UNDERSTAND THAT THE DESIGNATED AMOUNT WILL BE DEDUCTED FROM MY COMMISSARY ACCOUNT AS OUTLINED IN SECTION 6.0 PARAGRAPH F OF THE "*INMATE RULES AND REGULATIONS*".

**Inmate Signature:** _George Billingsley_    **Date** _3-24-05_

**Medical Staff Signature:** _C. LeBron RN_    **Date** _3-24-05_

UPON COMPLETION BY MEDICAL STAFF, A COPY WILL BE MAINTAINED IN MEDICAL FILE AND THE ORIGINAL IS TO BE FORWARDED TO THE JAIL ADMINISTRATOR'S OFFICE

# Tallapoosa County Jail
## Medical Request/Charge Sheet

**Inmate Name:** _Lonzo Billups_

**NID#** _____     **Date of Birth** _____

## Co-payment Charged For:

___ **Emergency Room Visit initiated by inmate** ————————— $15.00
_✓_ **Sick Call (Nurse Visit)** ——————————————— $ 5.00
___ **Doctor Visit (requested)** ——————————————— $15.00
___ **Dentist Visit** —————————————————————— $20.00
___ **Prescription or prescribed medication** ——————— $ 5.00
_✓_ **Over the counter medication** ——————————————— $ .25
___ **Other** _____ ———————————————— $ _____

**TOTAL** ———————— $ _5.25_

**State Your Problem:** _____
_____
_____
_____
_____

I UNDERSTAND THAT BY MAKING THIS REQUEST, I AM RESPONSIBLE FOR THE CO-PAY AMOUNTS DESCRIBED ABOVE. I FURTHER UNDERSTAND THAT THE DESIGNATED AMOUNT WILL BE DEDUCTED FROM MY COMMISSARY ACCOUNT AS OUTLINED IN SECTION 6.0 PARAGRAPH F OF THE "*INMATE RULES AND REGULATIONS*".

**Inmate Signature:** _Lonzo Billups_     **Date** _3-31-05_

**Medical Staff Signature:** _C. L. Box_     **Date** _4-1-05_

UPON COMPLETION BY MEDICAL STAFF, A COPY WILL BE MAINTAINED IN MEDICAL FILE AND THE ORIGINAL IS TO BE FORWARDED TO THE JAIL ADMINISTRATOR'S OFFICE

# Tallapoosa County Jail
## Medical Request/Charge Sheet

Inmate Name: _____

NID# _____    **Date of Birth** _____

## Co-payment Charged For:

| | | |
|---|---|---|
| ___ | **Emergency Room Visit initiated by inmate** | $15.00 |
| ___ | **Sick Call (Nurse Visit)** | $ 5.00 |
| ✓ | **Doctor Visit (requested)** | $15.00 |
| ___ | **Dentist Visit** | $20.00 |
| ✓ | **Prescription or prescribed medication** | $ 5.00 |
| ___ | **Over the counter medication** | $ .25 |
| ___ | **Other**_____ | $____ |

**TOTAL**-----------$ _20.00_

**State Your Problem:**_____
_____
_____
_____
_____

I UNDERSTAND THAT BY MAKING THIS REQUEST, I AM RESPONSIBLE FOR THE CO-PAY AMOUNTS DESCRIBED ABOVE. I FURTHER UNDERSTAND THAT THE DESIGNATED AMOUNT WILL BE DEDUCTED FROM MY COMMISSARY ACCOUNT AS OUTLINED IN SECTION 6.0 PARAGRAPH F OF THE *"INMATE RULES AND REGULATIONS"*.

Inmate Signature: _____ Date _____

Medical Staff Signature: _C. Wilson RN_ Date _4-7-05_

UPON COMPLETION BY MEDICAL STAFF, A COPY WILL BE MAINTAINED IN MEDICAL FILE AND THE ORIGINAL IS TO BE FORWARDED TO THE JAIL ADMINISTRATOR'S OFFICE

# Tallapoosa County Jail
## Medical Request/Charge Sheet

Inmate Name: _Terence Billingsley_

NID# _14914_                    Date of Birth _9-27-66_

## Co-payment Charged For:

☑ **Emergency Room Visit initiated by inmate**————————$15.00
___ **Sick Call (Nurse Visit)**————————————— $ 5.00
☑ **Doctor Visit (requested)**—————————————$15.00
___ **Dentist Visit**————————————————————$20.00
✓ **Prescription or prescribed medication**——————— $ 5.00
___ **Over the counter medication**————————————— $  .25
___ **Other**_____ $_____

TOTAL———————$ _20.00_

**State Your Problem:** _I need to see Doctor and some one who is going to take care of my Foot because it seem to me you don't care about anyone's Health are well being so I will let the Courts handle you._

I UNDERSTAND THAT BY MAKING THIS REQUEST, I AM RESPONSIBLE FOR THE CO-PAY AMOUNTS DESCRIBED ABOVE. I FURTHER UNDERSTAND THAT THE DESIGNATED AMOUNT WILL BE DEDUCTED FROM MY COMMISSARY ACCOUNT AS OUTLINED IN SECTION 6.0 PARAGRAPH F OF THE "INMATE RULES AND REGULATIONS".

Inmate Signature: _Terence Billingsley_    Date _4-12-05_

Medical Staff Signature: _C L W Bone LW_  Date _4-19-05_

UPON COMPLETION BY MEDICAL STAFF, A COPY WILL BE MAINTAINED IN MEDICAL FILE AND THE ORIGINAL IS TO BE FORWARDED TO THE JAIL ADMINISTRATOR'S OFFICE

# Tallapoosa County Jail
## Medical Request/Charge Sheet

Inmate Name: _Lorenzo Billingsky_

NID# _14919_          Date of Birth _9-27-66_

## Co-payment Charged For:

___ Emergency Room Visit initiated by inmate————————$15.00
✓ Sick Call (Nurse Visit)————————————$ 5.00
✓ Doctor Visit (requested)————————————$15.00
✓ Dentist Visit————————————————$20.00
___ Prescription or prescribed medication——————$ 5.00
___ Over the counter medication——————————$ .25
___ Other_____$_____

                                    TOTAL————————$_____

State Your Problem: _I have a very Bad ~~that~~ toothache and Running a fever and Hurting_

I UNDERSTAND THAT BY MAKING THIS REQUEST, I AM RESPONSIBLE FOR THE CO-PAY AMOUNTS DESCRIBED ABOVE. I FURTHER UNDERSTAND THAT THE DESIGNATED AMOUNT WILL BE DEDUCTED FROM MY COMMISSARY ACCOUNT AS OUTLINED IN SECTION 6.0 PARAGRAPH F OF THE "INMATE RULES AND REGULATIONS".

Inmate Signature: _Lorenzo Billingsley_     Date _4-23-05_

Medical Staff Signature:_____     Date_____

UPON COMPLETION BY MEDICAL STAFF, A COPY WILL BE MAINTAINED IN MEDICAL FILE AND THE ORIGINAL IS TO BE FORWARDED TO THE JAIL ADMINISTRATOR'S OFFICE

Added to Dentist List 4-26-05

# Tallapoosa County Jail
## Medical Request/Charge Sheet

**Inmate Name:** _____

**NID#** _____ 9/4 _____     **Date of Birth** _____

## Co-payment Charged For:

____ Emergency Room Visit initiated by inmate————————$15.00
____ Sick Call (Nurse Visit)————————————————— $ 5.00
✓ Doctor Visit (requested)—————————————————$15.00
✓ Dentist Visit————————————————————————$20.00
✓ Prescription or prescribed medication————————— $ 5.00
____ Over the counter medication————————————— $ .25
____ Other_____ $_____

**TOTAL**————————$ 20.00

**State Your Problem:** _____
_____
_____
_____

I UNDERSTAND THAT BY MAKING THIS REQUEST, I AM RESPONSIBLE FOR
THE CO-PAY AMOUNTS DESCRIBED ABOVE. I FURTHER UNDERSTAND
THAT THE DESIGNATED AMOUNT WILL BE DEDUCTED FROM MY
COMMISSARY ACCOUNT AS OUTLINED IN SECTION 6.0 PARAGRAPH F
OF THE "*INMATE RULES AND REGULATIONS*".

**Inmate Signature:** _____ **Date** _____

**Medical Staff Signature:** C. LaBose RN **Date** 5/27/05

UPON COMPLETION BY MEDICAL STAFF, A COPY WILL BE MAINTAINED IN MEDICAL FILE AND THE ORIGINAL
IS TO BE FORWARDED TO THE JAIL ADMINISTRATOR'S OFFICE

# Tallapoosa County Jail
## Medical Request/Charge Sheet

**Inmate Name:** _[handwritten]_

**NID#** _____    **Date of Birth** _[handwritten]_

## Co-payment Charged For:

___ Emergency Room Visit initiated by inmate —————— $15.00
___ Sick Call (Nurse Visit) —————————————— $ 5.00
_✓_ Doctor Visit (requested) ————————————— $15.00
___ Dentist Visit ———————————————————— $20.00
_✓_ Prescription or prescribed medication ——————— $ 5.00
___ Over the counter medication —————————— $ .25
___ Other _____ $ _____

TOTAL ————— $ _20.00_

**State Your Problem:** _[handwritten] I need to see the doctor for the_
_same cold that I had_

I UNDERSTAND THAT BY MAKING THIS REQUEST, I AM RESPONSIBLE FOR THE CO-PAY AMOUNTS DESCRIBED ABOVE. I FURTHER UNDERSTAND THAT THE DESIGNATED AMOUNT WILL BE DEDUCTED FROM MY COMMISSARY ACCOUNT AS OUTLINED IN SECTION 6.0 PARAGRAPH F OF THE "INMATE RULES AND REGULATIONS".

Inmate Signature: _[handwritten]_    Date _[handwritten]_

Medical Staff Signature: _C. DuBose RN_    Date _6-15-05_

UPON COMPLETION BY MEDICAL STAFF, A COPY WILL BE MAINTAINED IN MEDICAL FILE AND THE ORIGINAL IS TO BE FORWARDED TO THE JAIL ADMINISTRATOR'S OFFICE

# Exhibit L
# Authorization for Disclosure of Confidential Information form dated March 24, 2005




# JIMMY ABBETT
## Sheriff

Tallapoosa County Sheriff's Department
316 Industrial Park Drive
Dadeville, Alabama 36853
(256) 825-4264 • FAX (256) 825-1012

*202 38187*

AUTHORIZATION FOR
DISCLOSURE OF
CONFIDENTIAL INFORMATION

TO: *Dr. Moore — Cardiologist*
*Grady Memorial Hospital*
*Atlanta, Ga. 30314*

I, _Lorenzo Billings_ hereby authorize the above named person or organization to release below information concerning me. This information and dates of care shall include:

_Current Medications_
_H+P also Discharge Summary_

The purpose of disclosure of this information shall be for:

## IDENTIFYING INFORMATION AT TIME OF ADMISSION:

Inmate's Full Name: _Lorenzo Neal Billingsley_

Address: _882 Fox ST Atlanta, Ga. Apt #16_

Social Security: _____  Race: _B_  Sex: _M_

I understand that I may revoke this conse... ...cept to the extent that based on this consent has been taken. This consent will expire 60 days from this da..., unless my continuum of care (aftercare, referral services, etc.) requires extension of the 60 days. No case shall this extension exceed one year from this date ( _3-24-06_ ).

My consent to the forgoing is voluntarily made and I understand that the confidentiality of this information is protected by Federal State Law and cannot be disclosed without my written consent. Forseeable risks that may arise by reason of the release of said information have been explained to me.

The authorization and request is fully understood and is made voluntarily on my part this _24_ day of _March_ 20 _05_

_Lorenzo Billingsley_  _Cathy DuBose RN_
Inmate Sign.                         Witness

# Exhibit M
# Medical Records obtained from Grady Hospital

03:26 09/19/04 FROM 1007,ZPOREGF1

*** Outpatient Reg Form ***

Pt Name:       BILLINGSLEY ,LORENZO
Nurs Sta:              Hosp Svc: EMR    Pt Type:  E    Clinic:  ZRED
Room/Bed:              Med Rec No:  000020238187   Pt No:     409497583
Patient Info:
SSN:                      Birthdate: 09/27/1967   Adv Dir Exec:
            882 FOX ST NW APT 16                  Pt Informed:
                                                  Adv Dir in MR:
            ATLANTA                               GA       30318-
Pt Phone #:   404 - 892-1699    Fin Class:  U    Marital Sts:   S
Pt Sex:  M   District Code:   60   Language:     Pt Race:   2
            Pt Rel:       Arrival Mode:  A  Org Donor:   Donor Card:
Patient Employer Info:
            PURITAN MILL
            950 LOWERY BLVD SUITE

            ATLANTA                         GA       30318-
Occupation:                                 678 - 469-0189   Ext

 arantor Info:
Guar Name:    BILLINGSLEY ,LORENZO
            882 FOX ST NW APT 16           Pt Rel:     S

            ATLANTA                         GA       30318-
            404 - 892-1699

Primary Contact Info:
            FREEMAN ,TAMEKA
            882 FOX ST NW APT 16           Pt Rel:     O
            ATLANTA                         GA       30318-
Home Phone:   404 - 892-1699      Work Phone:    -          Ext

Secondary Contact Info:

                                       Pt Rel:

 me Phone:            -          Work Phone:    -          Ext

Insurance Info:
Ins Code:     U99       SELF PAY                   Priority:    1
Policy No:                     Group No:           Sub Rel:    01
Subscriber:   BILLINGSLEY ,LORENZO
GHBC/GHC:
Ins Code:                                          Priority:
Policy No:                     Group No:           Sub Rel:
Subscriber:

Ins Code:                                          Priority:
Policy No:                     Group No:           Sub Rel:
Subscriber:

Ins Code:                                          Priority:
Policy No:                     Group No:           Sub Rel:
Subscriber:
Complaint:    HEAD LAC.
Reg Dt/Tm:    09/19/04    03:09        Reg Source    EO   Reg By:
Reg Dr Name:  YANCEY, ARTHUR H.        Reg Dr No:    369090
Atn Dr Name:  YANCEY, ARTHUR H.        Atn Dr No:    369090
PCP Dr Name:                           PCP Dr No:

card imprint

**GRADY HEALTH SYSTEM®**
**EMERGENCY CARE CENTER**
**RAPID AMBULANCE TRIAGE**

☐ **Express**

**DATE:** 19 Sept 04

**TIME:** 0205

**AMBULANCE SERVICE:**

Grady

**ZONE:** **Asthma**

**BLUE**

(**RED**)     4#

**Grady EMS Case No.** 65776

**PACe**

**CPC**

**NAME:** Lorenzo Billingsley

**DOB:** 9-27-62     39

**PRIORITY LEVEL:** 4#

**MR# / SS#**

**COMPLAINT:** Head Lac.

**VITALS:**

**B/P** 134/87

**T** 36.6

**P** 78

**R** 16

**O2 SAT** 98 %

**Signature** _____

**Healthcare Worker**

Lorenzo
Billingsley

**✚Grady Health System®**
**Emergency Care Center**
**General Evaluation – Provider Report**

Imprint Patient Addressograph Here

| TIME SEEN_____ | DATE_____ | CC Blunt Head trauma | Primary Language _____ |
|---|---|---|---|

HPI   39 y o male BIB EMS S/p Blunt head trauma w/ unknown object. Pt denies any LOC. Pt. w/ Scalp laceration + L chin lac. ⊘ CP/neck pain/ABD pain

Interpretation _____

Staff, Family, Language Clinic, Other

Pain: None Mild Moderate Severe  0 1 2 3 4 5 6 7 8 9 10

| PMH | ☑ Triage note reviewed ☐ Old chart reviewed | Medications: | Family / Social HX |
|---|---|---|---|

☐ Tetanus UTD   LMP: _____
RAD   DM   HTN   CAD   Surgery
CVA   CA   SZ   HIV   DV

RAD   DM   HTN   CAD   CVA   SZ
Occupation_____
☐ Tobacco _____ ppd   ☐ EtOH
☐ Substance abuse
☐ Domestic Violence Risk
Lives with

Allergies: NKDA   ☐ NKDA

**ROS**   ☐ Unable to fully assess due to: ☐ Altered LOC ☐ Age ☐ Other:_____

**Legend: Circle Pos / Slash Neg**

☑ System review otherwise unremarkable (must mark at least two systems)

**Gen:** Fatigue / Weight loss / Fever / Diaphoresis
**ENT:** Sore throat / Voice change / Hearing change / Rhinorrhea
**Eye:** Eye pain / Vision change
**CV:** Chest pain / Palpitations / Edema
**Resp:** Dyspnea / Cough / Wheeze / Orthopnea
**GI:** Nausea / Vomiting / Diarrhea / Abdominal pain / Constipation / Rectal Bleeding
**Musc:** Myalgia
**Skel:** Arthralgia / Back pain / Joint pain
**Skin:** Rash / lesions
**Heme:** Bruising / bleeding / Laceration / abrasion
**Neuro:** Headache / Dizzy / Weakness
**Psych:** Depressed / Manic / Change in behavior / Suicidality
**Allergic/Immune:** Hayfever / Eczema
**GU:** Dysuria
**GYN:** Frequency / Discharge / Hematuria / Irregular menses / Pregnant / EGA _____ weeks

**PHYSICAL EXAM**   ☑ VS reviewed   T 32° HR 78   RR 16   BP 134/87   O₂ Sat 98   Accucheck_____

**Gen**  Yes No
☐ Well-nourished
☐ Non-Toxic
☐ Well-hydrated
☐ No Distress
☐ Awake / alert

**Eyes**
☐ PERRL
☐ EOMI
☐ Sharp discs
☐ Nm conjunctival
☐ Sclerae anicteric

**ENT**
☐ TMs normal
☐ No Rhinorrhea
☐ Nm oropharynx

**Neck**  Yes No
☐ Supple
☐ No Midline tenderness
☐ Bruits
☐ Thyroid mass/megaly
☐ JVD

**Lymph Nodes**
☐ Non-Tender
☐ Not Enlarged

**Back**
☐ TLS spine non tender

**CV**
☐ RRR
☐ No Murmur
☐ No Pulse deficit
☐ No Edema

**Resp**
☐ Comfortable
☐ Clear

**Chest**  Yes No
☐ Chest wall tender
☐ Normal Breast Exam

**Abd**
☐ Non-Distended
☐ Non-Tender
☐ Normal bowel sounds
☐ No Mass / organomegaly
☐ Rectal occult blood negative

**GU**
☐ Normal external genitalia
☐ No Abnormal discharge
☐ No Cervical lesions
☐ No Cervical motion tenderness
☐ No Adnexal or testicular mass /tenderness
☐ No CVA tenderness
☐ No Suprapubic tenderness

**Ext**  Yes No
☐ Normal muscle tone
☐ Full range of motion
☐ Non-Tender
☐ Normal Joints
☐ No Deformity

**Skin**
☐ No Rash
☐ No Petechiae / purpura
☐ Lesions

**Neuro / Psych**
☐ CN II-XII intact
☐ Normal motor function
☐ Normal sensation
☐ Normal reflexes
☐ Normal gait
☐ Oriented x _____
☐ Normal mood
☐ Normal judgment

Details of pertinent physical findings: ☆ L occipitalparietal laceration   ⊘ CSF otorrhea   ⊘ CSF Rhinorrhea   2 cm chin laceration

**General Evaluation Provider Report – Page 2**

## LABS

___|___|___|___

Neutr ___
Band ___
Lymph ___

- [ ] ABG  [ ] VBG
- ___ pH    ___ PCO₂
- ___ pO₂   ___ HCO₃

___ Calc
___ Mag
___ Phos
___ ALT
___ AST
___ D Bili
___ T Bili
___ AlkPhos

___ PT
___ INR
___ PTT

___ Amylase
___ Lipase
___ B-HCG
___ Ketones

___ CPK
___ MB
___ Troponin

___ Digoxin
___ Dilantin
___ Phenobarb
___ Valproate

### UA:
___ pH
___ S.G.
___ Prot
___ Gluc
___ Urobil
___ Bili
___ Ket

___ Nitr
___ Leuk
___ Hgb
___ Bact
___ WBC
___ RBC
___ Squam

[ ] LP Results?

### CX ordered:
[ ] Blood [ ] Chlamydia / GC [ ] CSF [ ] Stool [ ] Throat [ ] Urine [ ] Wound

### ECG
[ ] Old ECG reviewed and no change    Date: ___
[ ] Rhythm strip interpretation: Rate: ___   [ ] NSR
[ ] Other:

### RADIOLOGIC STUDIES

### RESIDENT PROCEDURE NOTE

### ED COURSE AND MEDICAL DECISION MAKING PLAN

Pt. observed for 6-8 hrs
Pt. ambulating well.

| Repeat Pain Score | None | Mild | | Moderate | | Severe |
|---|---|---|---|---|---|---|
| | 0 1 | 2 3 | 4 | 5 6 | 7 8 | 9 10 |

### DISCHARGE INSTRUCTIONS

### PRESCRIPTIONS

### DISPOSITION TIME AND DATE:
[ ] Discharge home
[ ] Transfer to: ___
[ ] Service consulted: ___    [ ] Admitted to: ___
[ ] Service consulted: ___    time: ___
time: ___

### DISCHARGE CONDITION
[ ] Stable   [ ] Unstable   [ ] Guarded   [ ] Critical

AP/Resident Name: ___

AP/Resident Signature: ___
Care turned over to Dr. ___    at ___

### ATTENDING DOCUMENTATION
Pertinent history obtained by attending:

Pertinent PE obtained by attending:

Attending assessment/plan:

Attending critical care time:

### ATTENDING PROCEDURE NOTE
Wounds Irrigated w/ NL. Lidocain
1% Inserted. Staples applied to
Head -Parietal - 13 Staples. Chin
laceration Accenun 4-5 suter
laceration No complications

### DIAGNOSIS
1. ~~Fm~~         4. L Parietal
2. Scalp laceration      5. Hematoma
3. ~~Skin~~ Jaw laceration    6.

### LEVEL OF CARE:   I   II   III   (IV)   V   CC
### COMPLEXITY:   [✓] Moderate   [ ] High

Attending Faculty Name/License #: ___

Attending Faculty Signature: ___    DR. MICHAEL McGEE
Care turned over to Dr. ___    at ___

Card Imprint

# Emergency Care Center Discharge Checklist

Each item with an * must accompany every medical record chart.
Place a ✓ by each form received below.  Please indicate the following:

□ **Admission**      □ **AMA**      □ **DNA**      □ **DIC**      □ **DOA**      □ **13-B**

| ECC | Medical Records | Required Forms |
|-----|-----------------|----------------|
| ✓ | ✓ | Discharge Instruction Sheet signed by the nurse and patient * |
| | ✓ | Valuables Checklist signed by the nurse, patient, and area clerk * |
| | ✓ | Patient Care Record signed by the nurse * |
| | ✓ | Provider Report with disposition signed by the resident and attending * |
| | ✓ | Consent for Treatment signed by patient and registration representative * |
| | ✓ | Demographic Sheet * |
| ✓ | ✓ | Encounter Form signed and completed by the nurse and attending |
| ✓ | | Nursing Level Worksheet, signed by nurse * |
| | | Emerge Card completed by nurse in pencil * |
| | ✓ | **Additional Forms which may accompany the chart** |
| | ✓ | ECC Order Form |
| | | Narrative Nurses' Notes |
| | | Chest Pain Orders (Yellow copy left in Discharge for Dr. Norwood) |
| | | Admission / Transfer Form |
| | ✓ | Bed Request Form (For admitted discharges, yellow copy to Med..Rec.) |
| | | Restraint Order and Flowsheet |
| ✓ | ✓ | Outpatient Clinic Referral with physician name and ID number |
| | | Trauma Flowsheet signed by nurse |
| | | Sedation and Analgesic (with signed consent to treat) |
| | | Other |

**Departed from System?** □ Yes   □ No, Why? _____   **Departure Code** _____

**Reviewed By:** _____                                        **Date:** 9/19/04

**Comments:** _____

(Original copy of checklist to Medical Records) (Yellow copy with Chief of Service)

ZREO
BILLINGSLEY ,LORENZO
09-27-1967    36/M    ET

NR  OP0238187    09/19/04

## GRADY HEALTH SYSTEM
*Emergency Care Center – ECC 315*

Disclaimer: This form is a coding reference only and is not meant to suggest or in any way
influence the selection of ICD-9-CM and/or CPT codes, or imply that physicians or their
representatives should select only the codes that are listed on this form.

## PROCEDURES  (Check all that apply.)  ○ Nurse Facility

*Indicate Total Number Of Times Procedure Was Performed - Where Applicable*

### ENT

| CDM | | CDM | | | IV FLUIDS |
|---|---|---|---|---|---|
| ○ 10803 | Cricothyroidotomy | ○ 10530 | Remove Impacted Ear Wax | | |
| ○ 10233 | Endotracheal Intubation | ○ 10996 | Removal FB Ear | CDM | |
| ○ 20075 | Eye exam w/ slit lamp | ○ 10464 | Removal FB Nose | ○ 18160 | Blood Transfusion/ Blood Products |
| ○ 10274 | Drainage Tonsil/ Abscess | ○ 10472 | Removal FB Pharynx | ○ 18178 | Infusion Therapy Supply |
| ○ 10431 | Irrigation Ear | | | ○ 18152 | Infusion Administration |
| ○ 10449 | Irrigation Eye | | | ○ 10977 | IV Fluids, 50 ccx ___ |
| ○ 10050 | *Nose Bleed Control with | | | ○ 10986 | IV Fluids, 100 ccx ___ |
| | | | | ○ 10993 | IV Fluids, 500 ccx ___ |
| | | | | ○ 11009 | IV Fluids, 1000 ccx ___ |

### CARDIAC / OB/GYN

| | | | | | |
|---|---|---|---|---|---|
| ○ 10100 | Arterial Line | ○ 10225 | Electrocardiogram  x___ | ○ 40008 | Bartholin Cyst Drainage |
| ○ 10118 | Arterial Puncture/ABG  x___ | ○ 10811 | Telemetry | ○ 40016 | Newborn Resuscitation |
| ○ 10167 | Cardio Resuscitation/CPR | ○ 10837 | Temp. External Pacing | ○ 40024 | Vaginal Delivery |
| ○ 10175 | Cardioversion | | | ○ 40032 | Vaginal Exam with Packing |

### RESPIRATORY - ECC / HIM 384 – RESPIRATORY CARE SERVICES

| | | | | | |
|---|---|---|---|---|---|
| ○ 10035 | Aerosol Inhal – Sub   x___ | ○ 384-63014 | Arterial Puncture x___ | ○ 384-10015 | Oxygen x___ |
| ○ 10027 | Aerosol Inhal – Initial | ○ 384-20022 | Micro Nebulization Subeq x___ | ○ 384-90629 | Peak Flow Determination x___ |
| ○ 10043 | Pulse Ox Medicare | | | | |
| ○ 30009 | Peak Flow Meter Supply Item | | | | |
| ○ 30017 | Peak Flow Determination | | | | |

### GENERAL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ○ 10548 | Adm. TPA | ○ 10969 | Central Line Placement, > 5 yrs | ○ 10331 | *Laceration Repair Simple | ○ 10506 | Thoracotomy (Open |
| ○ 20000 | Application Dermabond | ○ 10563 | Draw Fee (Venipuncture) | ○ 10357 | Lumbar Puncture | ○ 10613 | Urinary Cath, Foley |
| ○ 10142 | Burn Care Initial | ○ 10241 | Gastric Lavage | ○ 10407 | Paracentesis | ○ 10183 | Urinary Cath, Straight |
| ○ 10209 | Chest Tube Insertion | ○ 10266 | *Incision & Drainage | ○ 10407 | Peritoneal Lavage | | |
| ○ 10456 | CHG Gastrostomy Tube | ○ 10282 | Ipecac Administration | ○ 40040 | Remove Foreign Body Eye | | |
| ○ 10951 | Central Line Placement, < 5 | ○ 10373 | *Laceration Repair Major/Complex | ○ 10498 | Thoracentesis | | |

### ORTHO

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ○ 30095 | Apply Clavicle Strap | ○ 30090 | Apply Shoulder Immobilizer | ○ 20018 | *Fracture Care Minor | ○ 20117 | Splint Humeral Fracture |
| ○ 30074 | Apply Foot/Leg Splint | ○ 30116 | Cast Application | ○ 30132 | Knee Immobilizer | | |
| ○ 30082 | Apply Hand/Arm Splint | ○ 20026 | *Fracture Care Major | ○ 30140 | Shoulder Dislocation | | |
| ○ 30124 | Apply Knee Immobilizer | ○ 20034 | Joint Aspiration | ○ 30108 | Shoulder Immobilizer | | |

### MEDICATION ADMINISTRATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ○ 05761 | Injection IM, Antibiotic x___ | 90471 ○ 05811 | Immunization Administration | 86580 ○ 11017 | PPD | | |
| ○ 05779 | Injection IM, SQ   x___ | 90782 ○ 05794 | *Rabies, Immune Globulin | 90782 ⊘ 05829 | Tetanus Immune Globulin | | |
| ○ 10019 | Injection, IV Push   x___ | 90471 ○ 05753 | *Rabies Vaccine, IM | 90471 ○ 05712 | TD Vaccine | | |
| ○ 10605 | Injection Supply | 90782 ○ 05803 | Rhogham IM | | | | |

### NON-CHARGE ITEMS

| | | | | |
|---|---|---|---|---|
| ○ Admit | ○ Blood cultures | ○ NG/ Levine tube placed | ○ Repeat systems assess >2 times | ○ Throat/wound culture |
| ○ Accucheck | ○ Cardiac monitor | ○ Neuro checks > 3x | ○ Repeat VS > 3 times | ○ Topical medication(s) |
| ○ Arrange transportation/transfer | ○ Crutch fitting/instructions | ⊘ Oral medication(s) | ○ Restraints applied | ○ Visual acuity (no slit lamp exp) |
| ○ Assist ambulation | ○ Ear drops instilled | ○ Orthostatics | ○ Sling (no splint applied) | ○ Walker |
| ○ Assist phys w/ exam | ○ Enema | ○ Pelvic exam | ○ Suction patient | ○ Wound care |
| ○ Bair Hugger | ○ Irrigate foley cath | ○ Rectal medication(s) | ○ Suture Removal | |

### EVALUATION AND MANAGEMENT

#### LEVELS OF CARE

99281 ○ 00028 Minimal Care -- Level 1    99282 ○ 00036 Limited Care -- Level 2    99283 ○ 00044 Moderate Care – Level 3
99284 ○ 00051 Extended Care – Level 4    99285 ○ 00069 Comprehensive Care – Level 5    99291 ○ 00077 Critical Care

#### OTHER SERVICES

○ 00093 Visit Only    ○ 01109  Admission    ○ 01117  DIC    ○ 01141  DOA    ○ 01125  AMA    ○ 01133  DNA

DATE OF SERVICE:

Insurance -- Authorization/Precertification Number: ___

Clerk's Signature: ___    Zone Location: ___    Time Out: ___

REVISED 04/21/04    * Coding by med. rec.    RN's Signature: ___    ECC-(2) 315

**Grady Memorial Hospital**
**Atlanta, Georgia**
**Emergency Care Center Patient Discharge Instruction Sheet**

Discharge Date/Time: _9/19/04    0900_
Diagnosis: _____

Imprint Patient Addressograph Here

**Interpreter/Deaf-Talk Used to Communicate Discharge Instructions:** ☐ No ☐ Yes   Language: _____   ☐ Deaf-Talk

**Section To Be Completed By MD/Associate Provider at time of Discharge**

**Pre-Printed Discharge Instructions – Your Nurse has reviewed the Discharge/Home Care Instructions that are checked below and you have received a printed copy of the instructions:**

☐ Abdominal Pain
☐ Abscess
☐ Angina (Chest Pain)
☐ Animal Bites at Risk for Rabies
☐ Asthma/Reactive Airway Disease
☐ Back Pain
☐ Bell's Palsy
☐ Bronchitis, Pneumonia & Pleurisy
☐ Burns
☐ Cast and Splint Care
☐ Cellulitis
☐ Chest Pain (Musculoskeletal)
☐ Chronic Obstructive Pulmonary Disease (COPD)
☐ Clavicle Fracture
☐ Closed Head Injury
☐ Congestive Heart Failure (CHF)
☐ Conjunctivitis (Pink Eye)
☐ Contusions
☐ Crutch Walking/Walker Use

☐ Diet – Clear Liquid/BRAT Diet
☐ Diet – Low-Sodium Diet
☐ Dislocation
☐ Dysmenorrhea
☐ Elevated Blood Pressure
☐ Epididymitis & Prostatitis
☐ Epistaxis (Nosebleed)
☐ Eye Injuries
☐ Eye Medication & Patching
☐ Fractures
☒ Headache
☐ Hyperventilation
☐ Kidney Stones
☐ Lice & Scabies
☐ Metered Dose Inhaler
☐ Nausea, Vomiting & Diarrhea
☐ Neck Pain
☐ Otitis Media/Externa (Earache)
☐ Peak Flowmeter – How To Use

☐ Pelvic Inflammatory Disease
☐ Pharyngitis & Tonsillitis
☐ Rib Fracture/Chest Wall Contusion
☐ Seizure
☐ Sexually Transmitted Diseases
☐ Strains & Sprains
☐ Substance Abuse
☐ Syncope (Fainting)
☐ Tetanus Immunization
☐ Toothache
☐ Transient Ischemic Attack
☐ Trauma During Pregnancy
☐ Urinary Retention/Catheter Care
☐ Urinary Tract Infection
☐ Vaginal Bleeding
☐ Vaginal Bleeding During Early Pregnancy
☐ Vaginitis
☐ Viral Illness
☒ Wound Care

**Other/Additional Instructions:** _____

MD/Associate Provider Signature & ID #

**Work Excuse Given:**   ☒ No   ☐ Yes   If Yes, return to work in _____ days

**Section to be completed by Nurse at time of Discharge**

**Prescribed Medications/Prescriptions:**

| Dose/Drug | How Often | Route | Special Instructions |
|---|---|---|---|
| Keflex | 4 times a day | | one pill 4 times a day |
| Ibuprofen    800mg | every 8 hours | | one pill as needed |
| Vicodin    750mg | every 8 hours | | one pill as needed |

**Follow-Up:**   ☐ Urgent Care Center   ☒ Grady Clinic   ☐ Women's Urgent Care Center   ☐ Private MD
*** Return to the Grady Memorial Hospital Emergency Care Center if your condition worsens ***
If you have any questions or problems call the Advice Nurse at (404) 616-0600

*Your signature below shows that your discharge instructions have been reviewed with you by a nurse, that you have received written/printed copy of the instructions and that you understand the instructions that have been provided to you.*

Nurse's Signature: _Cynthia J Johnson RN_    Patient's Signature: _Lorenzo Dillingham_
Other Signature: _____    Relationship to Patient: _____

MRC 40-211    Dev: 4/95    Rev: 6/2004    White copy: Medical Record    Yellow copy: Chief of Service    Pink copy: Patient Copy

Billingsley

Ⓘ Imprint Patient Addressograph Here:

**PHYSICIAN'S PROGRESS NOTES - ORDER FORM**

**✚ GRADY HEALTH SYSTEM®**
Atlanta, Georgia

1. The signature of the physician and his/her Grady ID number must accompany all orders
2. All orders are to be dated and timed
3. 1 through 6 must be completed for all orders.

| ② Drug Allergies: ☐ No   ☐ Yes (If Yes, specify) | ④ Area: | ⑤ DIABETES MELLITUS |
| ③ WEIGTH (Kg)   ☐ Actual  ☐ Approximate | ⑥ Room # | ☐ Yes   ☐ No |

**Procedure Orders:** (CHECK APPLICABLE BOXES)     (CIRCLE TYPE OF ORDERS)   **EMERGENT/"STAT"   URGENT/"ASAP"**

☐ Continuous ECG Monitoring   ☐ EKG   ☐ Orthostatic Vital Signs   ☐ Fingerstick Glucose   ☐ Cervical Immobilization

☐ Foley Catheter   ☐ Condom Catheter   ☐ Straight Cath   ☐ Pulse Oximetry   ☐ O₂@ _____ L/min   ☐ Nasal Cannula  ☐ Simple Mask  ☐ Non-rebreather

☐ IV Start/Saline Lock   ☐ IV Fluids (type): _____ @ _____ cc/hr. x _____ liters.

**Orders for Laboratory Tests:** (CHECK APPLICABLE BOXES)

**Chemistry**
☐ CHEM – 4 (Electrolytes)
☐ CHEM – 7 (Hepatic Panel)
☐ CHEM – 8 (Basic Metabolic)
☐ CHEM – 10 (Renal Panel)
☐ CHEM – 14 (Comp. Metabolic)
☐ Amylase
☐ Magnesium
☐ CPK – Total
☐ LDH
☐ Lactate
Cardiac Enzymes
(must be ordered individually)
☐ CPK – Total
☐ CPK – MB
☐ Troponin
☐ pro-BNP
☐ Lipase
☐ Phosphorus

**Hematology**
☐ CBC with platelets
☐ CBC with diff and platelets
☐ Hemoglobin & Hematocrit

**Toxicology**
☐ Ethanol - Serum
☐ Dilantin
☐ Phenobarbital
☐ Acetaminophen
☐ Salicylate
☐ Digoxin

**Blood Gas**
☐ Arterial Blood Gas
☐ Venous pH

**Coag Studies**
☐ PT/INR
☐ PTT
☐ Fibreogen
☐ D-dimer

**Blood Bank**
☐ Type & Screen
☐ Type & Crossmatch _____ units

____ dies
sis – Urine dipstick   ☐ Occult Blood – Stool
sis with microscopy
cy Test – Urine
Screen (must order test individually)
turates – Urine   ☐ Cocaine Metabolite - Urine
☐ Opiates – Urine   ☐ Benzodiazepines - Urine

**Endocrine**
☐ Beta-hydroxy butyrate
☐ HCG-Quantitative-Serum

**Microbiology**
☐ Blood Culture x _____ sets
at _____ intervals
☐ Urine C&S

**Other Orders / Laboratory Tests:**

Tetanus 0.5 m IM
Vicodin 5/500 m po x2
Ibuprofen 800 m po x1
m, mine 054355

| Physician's Signature and ID # | Pager # | Date/Time | Nurse's Signature & Title | Date/Time |

**Other Orders:**

| Physician's Signature and ID # | Pager # | Date/Time | Nurse's Signature & Title | Date/Time |

MRC: 40-240     Dev: 10/98     Rev: 11/02; 8/03; 2/04     White Copy: Medical record     Yellow Copy: Pharmacy

Grady He .h System®
Emergency Care Center
LACERATION / SUTURING INFORMATION

Card Imprint

Billingsley

Preliminary Evaluation By _____ Mcbee _____ M.D.

Location: (Circle)  (Scalp) (Face)  Neck   Thorax   RUE   LUE   Abd
                    Genitalia    RLE    LLE    Back   Buttock

Cause: _____ Blunt    trauma _____

Time Open: __ 9/19/04 __

Length: ② (L) Jaw 2cm complex laceration   ① Scalp 4cm laceration

Circle:  (Superficial) ②    Deep         Clean              Dirty

Cleaning / Irrigation / Debridement: __ 1 Liter  NS __

Anesthesia: __ Lidocaine  2% c/epi __

Suture Type: ① Staples  ② 3-0 Prolene
                        Scalp - Staples × 15
Number of Sutures Required: (L) Jaw  7 × 3-0 Prolene

Closure Technique: ① Scalp - 15 staples
                    ② Jaw - 7 × 3-0 Prolene (Interupted)

Antibiotics: __ Ø __

Dressing: __ Bacitracin + 4"×4" __          Remove
                    2 wks for staples         ① Staples  10/1/04
Return To Suture Removal In 7-10 for Jaw Sutures  ② Sutures 9/26/04
                                    Days.       Day / Date / Time

Sutured By: ____ A Jimenez Title: __ Physician __
            (Please Print Name Legibly)

GMH 40-163
Revised 9/01

## ✚ Grady Health System®
### EMERGENCY CARE CENTER PATIENT CARE RECORD

Time of Arrival: _____  Arrived via: EMS   Ambulatory
Pre-Hospital Care:  None   Splint   C-Spine/Spinal immobilization
Medications: _____
IV: _____  O₂: _____  BS _____
Airway Management _____  SaO₂ _____

Imprint Patient Addressograph Here

☐ **Patient Originated From Butler Street Triage.** See Attached Butler Street Triage Treatment/Assessment Record For Initial Assessment Data.

Date: 9/19/04   Triage Time: 0205   Zone: Red   Location: IC3   Triage Category: II
Name: Lorenze Billingsley   DOB: 9/27/69   Age: 35
Sex: (Male)  Female   LNMP: _____   WT: _____ (Actual)  (Approximate)

Chief Complaint: Head Lac

| Time | Temp | Pulse | Resp | B/P | O₂ Sat | BS |
|------|------|-------|------|-----|--------|-----|
|      | 98°  | 78    | 16   | 134/87 | 98% |   |

**Drug Allergies:** (NKDA)

**Past Medical History:** Asthma  COPD  HTN  Inf. Disease  CVA  Seizures  Cardiac  Sickle Cell  Diabetes

Other: _____

Recent Surgeries/Hospitalizations: _____

**Latex:** Yes  No
**Food:** _____
**Current Medications:** NONE

**Immunization History:**
Tetanus:   < 5 yrs   5-10 yrs   >10 yrs or unknown
Pneumococcal:  No   Yes   Date: _____
Influenza:  No   Yes   Date: _____
Hepatitis B:  No   Yes   Date: _____

### Glasgow Coma Scale

| | | |
|---|---|---|
| Best Eye Opening | Spontaneous | ④ |
| | To Voice | 3 |
| | To Pain | 2 |
| | None | 1 |
| Best Verbal Response | Oriented | ⑤ |
| | Confused | 4 |
| | Inappropriate | 3 |
| | Incomprehensible | 2 |
| | None | 1 |
| Best Motor Response | Obeys Commands | ⑥ |
| | Localizes to Pain | 5 |
| | Withdrawal | 4 |
| | Flexion | 3 |
| | Extension | 2 |
| | None | 1 |
| **TOTAL** | | 15 |

**PAIN HISTORY:** Pain Now: Yes ✓  No __   If Yes, Onset: this AM
Duration: _____ Type: _____ Provoking Factor: _____  Location: Head & Jaw
Radiation: Yes __ No ✓  If Yes, Where? _____
Pain Scale Used: ☑ VAS  ☐ Wong-Baker FACES  ☐ Pain Assessment For Infants/Patient – Unconscious/Unable to Communicate
**Pain Scale Score:** 10  (Complete Pain Assessment Tools/Descriptive Tools Available on back of page)
Treatment/Remedies used at home: _____ None
Treatment Initiated in ECC: ☐ Ice  ☐ Heat  ☐ Immobilization/Splint  ☐ Elevation  ☐ Analgesics/Pain Medication   Other:

**COUGH SCREEN:**
Persistent cough (> 2 weeks duration) or cough of any duration: Yes ☐ No ☐  If Yes, are any of the following also present (Check all that apply)
-Bloody sputum: Yes ☐ No ☐   -Night sweats: Yes ☐ No ☐   -Weight loss (> 10 lbs non-intentional): Yes ☐ No ☐
-Anorexia: Yes ☐ No ☐   -Fever: Yes ☐ No ☐   -HIV infection or at risk for HIV infection, if pulmonary sx present: Yes ☐ No ☐

**ASSESSMENT TIME:** 0217   Fall/Injury Risk Assessment Score: ___  (See Fall Assessment Criteria - Scoring Guidelines)

**AIRWAY:** Patent  Compromised  LMA  CombiTube  Intubated: Oral  Nasal
**BREATHING:** Spontaneous  Labored  Assisted  Absent  Chest Expansion: Symmetrical  Asymmetrical
**CIRCULATION:** Pulses: Radial R ✓ /L ✓  Pedal R ___ /L ___  Other: _____  Capillary refill ___ sec.
**SKIN COLOR:** Normal  Pale  Jaundiced  Flushed  Cyanotic  Ashen  Other: _____
**SKIN CHARACTER:** Hot  Warm  Cool  Cold  Diaphoretic  Dry  Moist  Clammy
**PUPILS:** Equal  Reactive  Dilated  Fixed  Sluggish  Pinpoint  Unequal: ___ > ___  Size: R ___ /L ___

**Signature and Title of Staff Member Performing Data Collection:** _____

MRC: 40-92    303-15529 PK    Dev: 3/97  Revised: 12/01; 11/02; 4/03; 2/04    Original: Medical Records    Copy: Clinic File

Patient Identification Bracelet On/Present : Yes ☐   Loc _____

Objective Assessment of Chief Complaint: _Received pt. sp̄ assault c̄ LOC's_
_to the rt. side of head and jaw. Active bleeding noted to_
_jaw lac. pressure applied to control bleeding. Pt. denies_
_any LOC_

RN Signature: _____

| | Time | Medication / Dose | Route | Initials | Time | Patient's Response to Meds | Initials |
|---|---|---|---|---|---|---|---|
| **MEDICATIONS** | 0515 | Vicodin ii | PO | CC | | | |
| | 0520 | Motrin 800my | PO | CC | | | |
| | 0517 | Tetanus + Telad 0.5ml | IM | CC | | | |

| | Time | IV Catheter Gauge | Location | Fluid Type/Amount/ Rate | Initials |
|---|---|---|---|---|---|
| **IV / FLUIDS** | | | | | |
| | | | | | |
| | | | | | |

| | Time | Temp | Pulse | Resp | BP | SaO₂ | BS | GCS | Intake | Output | Fall Risk Score | Monitor Alarms | Pump Alarms | Vent/Other Alarms | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **VITAL SIGNS** | 0513 | 98.8 | 55 | 20 | 136/81 | | | 15 | | | | On ☐ Audible ☐ | On ☐ Audible ☐ | On ☐ Audible ☐ | CC |
| | | | | | | | | | | | | On ☐ Audible ☐ | On ☐ Audible ☐ | On ☐ Audible ☐ | |
| | | | | | | | | | | | | On ☐ Audible ☐ | On ☐ Audible ☐ | On ☐ Audible ☐ | |
| | | | | | | | | | | | | On ☐ Audible ☐ | On ☐ Audible ☐ | On ☐ Audible ☐ | |
| | | | | | | | | | | | | On ☐ Audible ☐ | On ☐ Audible ☐ | On ☐ Audible ☐ | |

| | Onset Time | Provoking Factors | Quality Description | Region Location | Assessment Tool | Pain Intensity Score | Intervention Code | Re-Assessment Time | Pain Intensity Score | Initials |
|---|---|---|---|---|---|---|---|---|---|---|
| **PAIN RE-ASSESSMENT** | | | | | | | | | | |
| | | | | | | | | | | |

| | Time | | Initials |
|---|---|---|---|
| **NURSES NOTES** | 0700 | Pt. pchange c̄ c̄ A+O+3 Ambulating well c̄ φ c/o dizziness or H/A. Pt given c̄ instructions. F/u given to surgery clinic to remove sutures + staples. φ T.V. | |

**Disposition:**  ☐ Home   ☐ Nursing Home   ☐ Personal Care Home   ☐ Jail   ☐ Admitted   ☐ Morgue
**Condition at Discharge/Admission:**   ☐ Stable   ☐ Unstable   ☐ Guarded   ☐ Critical   ☐ DIC
Discharge Time: _____   Admit Time: _____   Time – Died In Clinic (DIC): _____
**Admit to Bed Type:** ☐ Critical Care   ☐ Telemetry   ☐ Step-Down   ☐ Isolation   ☐ Med/Surg   Other: _____
**Team:** _____   Time to Bedded Unit: _____

| Initials | Full Signature | Initials | Full Signature |
|---|---|---|---|
| | | D.C. | |

MRC: 40-92

303-15529 PK     Dev: 3/97   Revised: 12/01; 11/02; 4/03; 2/04     Original: Medical Records     Copy: Clinic File

**✚ Grady Health System®**

**EMERGENCY CARE CENTER PATIENT CARE RECORD**

Time of Arrival: _____  Arrived via: EMS   Ambulatory
Pre-Hospital Care: None  Splint  C-Spine/Spinal immobilization
Medications: _____
IV: _____  O₂: _____  BS _____
Airway Management _____  SaO₂ _____

Imprint Patient Addressograph Here

☐ **Patient Originated From Butler Street Triage. See Attached Butler Street Triage Treatment/Assessment Record For Initial/Assessment Data.**

Date: 5/4/04   Triage Time: 1611   Zone: PACE   Location: _____   Triage Category: 4
Name: Lorenzo Billingsley   DOB: 9-27-67   Age: 37
Sex: Male  Female   LNMP: N/A   WT. 147   (Actual)  (Approximate)

Chief Complaint: Cut to (L) long finger over MIP joint.

| Time | Temp | Pulse | Resp | B/P | O₂ Sat | BS |
|------|------|-------|------|------|--------|-----|
| 1610 | 36.9 | 75 | 20 | 126/69 | | |

Drug Allergies: (NKDA)

**Past Medical History:** Asthma  COPD  HTN  Inf. Disease
CVA  Seizures  Cardiac  Sickle Cell  Diabetes
Other: _____
_____

**Recent Surgeries/Hospitalizations:** _____
_____

Latex:  Yes  (No)
Food: ____
Current Medications: (NONE)
_____
_____

**Glasgow Coma Scale**

| | | |
|--|--|--|
| Best Eye Opening | Spontaneous | (4) |
| | To Voice | 3 |
| | To Pain | 2 |
| | None | 1 |
| Best Verbal Response | Oriented | (5) |
| | Confused | 4 |
| | Inappropriate | 3 |
| | Incomprehensible | 2 |
| | None | 1 |
| Best Motor Response | Obeys Commands | (6) |
| | Localizes to Pain | 5 |
| | Withdrawal | 4 |
| | Flexion | 3 |
| | Extension | 2 |
| | None | 1 |
| TOTAL | | (15) |

**Immunization History:**
Tetanus: < 5 yrs  5-10 yrs  (>10 yrs or unknown)
Pneumococcal: (No)  Yes  Date: _____
Influenza: (No)  Yes  Date: _____
Hepatitis B: (No)  Yes  Date: _____

**PAIN HISTORY:** Pain Now: Yes ___ No ___  If Yes, Onset: 30 mins
Duration: Constant  Type: Throbbing  Provoking Factor: Cut in bed  Location: (L) long finger
Radiation: Yes ___ No ___  If Yes, Where? _____

Pain Scale Used: ☑ VAS  ☐ Wong-Baker FACES  ☐ Pain Assessment For Infants/Patient – Unconscious/Unable to Communicate
Pain Scale Score: 8  (Complete Pain Assessment Tools/Descriptive Tools Available on back of page)
Treatment/Remedies used at home: None

Treatment Initiated in ECC: ☐ Ice  ☐ Heat  ☐ Immobilization/Splint  ☐ Elevation  ☐ Analgesics/Pain Medication  Other: _____

**COUGH SCREEN:**
Persistent cough (> 2 weeks duration) or cough of any duration: Yes ☐ No ☑  If Yes, are any of the following also present (Check all that apply)
-Bloody sputum: Yes ☐ No ☐   -Night sweats: Yes ☐ No ☐   -Weight loss (> 10 lbs non-intentional): Yes ☐ No ☐
-Anorexia: Yes ☐ No ☐   -Fever: Yes ☐ No ☐   -HIV infection or at risk for HIV infection, if pulmonary sx present: Yes ☐ No ☐

**ASSESSMENT TIME:** 1612  Fall/Injury Risk Assessment Score: ◯ (See Fall Assessment Criteria - Scoring Guidelines)

**AIRWAY:** (Patent)  Compromised  LMA  CombiTube  Intubated: Oral  Nasal
**BREATHING:** (Spontaneous)  Labored  Assisted  Absent  Chest Expansion: (Symmetrical)  Asymmetrical
**CIRCULATION:** Pulses: Radial R ✓ /L ✓  Pedal R ___ /L ___  Other: _____  Capillary refill < 2 sec.
**SKIN COLOR:** (Normal)  Pale  Jaundiced  Flushed  Cyanotic  Ashen  Other: _____
**SKIN CHARACTER:** Hot  (Warm)  Cool  Cold  Diaphoretic  (Dry)  Moist  Clammy
**PUPILS:** Equal  Reactive  Dilated  Fixed  Sluggish  Pinpoint  Unequal: ___ > ___  Size: R ___ /L ___

**Signature and Title of Staff Member Performing Data Collection:** _____

MRC: 40-92    303-15529 PK    Dev: 3/97  Revised: 12/01; 11/02; 4/03; 2/04    Original: Medical Records    Copy: Clinic File

**ABSTRACTED**

**GRADY HEALTH SYSTEM**
*Emergency Care Center – ECC 315*

Disclaimer: This form is a coding reference only and is not meant to suggest or in any way influence the selection of ICD-9-CM and/or CPT codes, or imply that physicians or their representatives should select only the codes that are listed on this form.

## PROCEDURES (check all that apply)   □ Nurse Facility

*Indicate Total Number Of Times Procedure Was Performed - Where Applicable*

### ENT

| CDM | | | CDM | | |
|---|---|---|---|---|---|
| ○ 10803 | Cricothyroidotomy | | ○ 10050 | *Nose Bleed Control with Packing | |
| ○ 10233 | Endotracheal Intubation | | ○ 10530 | Remove Impacted Ear Wax | |
| ○ 20075 | Eye exam w/ slit lamp | | ○ 10696 | Removal FB Ear | |
| ○ 10274 | Drainage Tonsil / Abscess | | ○ 10464 | Removal FB Nose | |
| ○ 10431 | Irrigation Ear | | ○ 10472 | Removal FB Pharynx | |
| ○ 10449 | Irrigation Eye | | | | |

### IV FLUIDS

| CDM | | |
|---|---|---|
| ○ 18160 | Blood Transfusion/ Blood Products | |
| ○ 18178 | Infusion Therapy Supply | |
| ○ 18152 | Infusion Administration | |
| ○ 10977 | IV Fluids, 50 ccx _____ | |
| ○ 10985 | IV Fluids, 100 ccx _____ | |
| ○ 10993 | IV Fluids, 500 ccx _____ | |
| ○ 11009 | IV Fluids, 1000 ccx _____ | |

### CARDIAC

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ○ 10100 | Arterial Line | | ○ 10225 | Electrocardiogram x_____ | | ○ 40008 | Bartholin Cyst Drainage | |
| ○ __8 | Arterial Puncture/ABG x_____ | | ○ 10811 | Telemetry | | ○ 40016 | Newborn Resuscitation | |
| ○ __7 | Cardio Resuscitation/CPR | | ○ 10837 | Temp. External Pacing | | ○ 40024 | Vaginal Delivery | |
| ○ 0175 | Cardioversion | | | | | ○ 40032 | Vaginal Exam with Packing | |

**OB/GYN** (header column)

### RESPIRATORY – ECC          384 - RESPIRATORY CARE SERVICES

| | | | | | |
|---|---|---|---|---|---|
| ○ 10035 | Aerosol Inhal – Sub   x_____ | | ○ 384-63014 | Arterial Puncture x_____ | ○ 384-20022 | Micro Nebulization Subsq x_____ |
| ○ 10027 | Aerosol Inhal – Initial | | ○ 384-20113 | Cont. Nebulization Subsq x_____ | ○ 384-10015 | Oxygen x_____ |
| ○ 10043 | Pulse Ox Medicare | | ○ 384-20105 | Nebulization Initial | ○ 384-90629 | Peak Flow Determination x_____ |
| ○ 30009 | Peak Flow Meter Supply Item | | | | | |
| ○ 30017 | Peak Flow Determination | | | | | |

### GENERAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ○ 10548 | Adm. TPA | ○ 36555 | CVP, < 5 yrs | ○ 10282 | Ipecac Administration | ○ 10613 | Urinary Cath, Foley |
| ○ 20000 | Application Dermabond | ○ 36556 | CVP, > 5 yrs | ○ 10373 | *Laceration Repair | ○ 10183 | Urinary Cath, Straight |
| ○ 10142 | Burn Care Initial | ○ 10563 | Draw Fee (Venipuncture) | ○ 10381 | *Laceration Repair Simple | ○ 10407 | Peritoneal Lavage |
| ○ 10209 | Chest Tube Insertion | ○ 10241 | Gastric Lavage | ○ 10357 | Lumbar Puncture | ○ 10498 | Thoracentesis |
| ○ 10456 | CHG Gastrostomy Tube | ○ 10266 | *Incision & Drainage | ○ 10407 | Paracentesis | ○ 10506 | Thoracotomy (Open |

### ORTHO

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ○ 30066 | Apply Clavicle Strap | ○ 30124 | Apply Knee Immobilizer | ○ 20026 | *Fracture Care Major | ○ 30132 | Knee Immobilizer |
| ○ 30074 | Apply Foot/Leg Splint | ○ 30090 | Apply Shoulder Immobilizer | ○ 20034 | Joint Aspiration | ○ 30140 | Shoulder Dislocation |
| ○ __082 | Apply Hand/Arm Splint | ○ 30116 | Cast Application | ○ 20018 | *Fracture Care Minor | ○ 30108 | Shoulder Immobilizer |
| | | | | | | ○ 20117 | Splint Humeral Fracture |

### MEDICATION ADMINISTRATION

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ○ 05761 | Injection IM, Antibiotic x_____ | 90471 | ○ 05811 | Immunization Administration | 86580 | ○ 11017 | TB Tyne |
| ○ 05779 | Injection IM, SQ   x_____ | 90782 | ○ 05704 | *Rabies, Immune Globulin | 90782 | ○ 05829 | Tetanus Immune Globulin |
| ○ 10019 | Injection, IV Push   x_____ | 90471 | ○ 05753 | *Rabies Vaccine, IM | 90471 | ○ 05738 | Tetanus Vaccine, IM |
| ○ 10605 | Injection Supply | 90782 | ○ 05803 | Rhogham IM | 90471 | ○ 05712 | TD Vaccine |

### NON-CHARGE ITEMS

| | | | | |
|---|---|---|---|---|
| ○ Admit | ○ Blood cultures | ○ Irrigate foley cath | ○ Pelvic exam | ○ Suction patient |
| ○ Accucheck | ○ Cardiac monitor | ○ IV start | ○ Rectal medication(s) | ○ Suture Removal |
| ○ Arrange transportation/transfer | ○ Catheterization | ○ NG/Levine tube placed | ○ Repeat systems assess >2 times | ○ Throat/wound culture |
| ○ Assist ambulation | ○ Crutch fitting/instructions | ○ Neuro checks > 3x | ○ Repeat VS > 3 times | ○ Topical medication(s) |
| ○ Assist phys w/ exam | ○ Ear drops instilled | ○ Oral medication(s) | ○ Restraints applied | ○ Visual acuity (no slit lamp ex) |
| ○ Bair Hugger | ○ Enema | ○ Orthostatics | ○ Sling (no splint applied) | ○ Wound care |

### EVALUATION AND MANAGEMENT

**LEVELS OF CARE**

| | | |
|---|---|---|
| 99281 ○ 00028 Minimal Care – Level 1 | 99282 ○ 00036 Limited Care – Level 2 | 99283 ○ 00044 Moderate Care – Level 3 |
| 99284 ○ 00051 Extended Care – Level 4 | 99285 ○ 00069 Comprehensive Care – Level 5 | 99291 ○ 00077 Critical Care |

**OTHER SERVICES**

○ 00093 Visit Only   ○ 00316 Observation    ○ 01109 Admission  ○ 01117 DIC   ○ 01141 DOA   ○ 01125 AMA   ○ 01133 DNA

DATE OF SERVICE: _____

Insurance – Authorization/Precertification Number: _____    Time Out: _____

Clerk's Signature: _____    Zone Location: _____    RN's Signature: _____

REVISED 02/11/04          * Coding by med. rec. _____          ECC-(2) 315

**Grady Health System®**
**Emergency Care Center**
LACERATION / SUTURING INFORMATION

AR   OP0238187   05/04/04
INS  009

Preliminary Evaluation By ___SCOT FLECK, PA-C___ M.D.

Location: (Circle)   Scalp   Face   Neck   Thorax   RUE   (LUE)   Abd
                     Genitalia   RLE   LLE   Back   Buttock

Cause: _Cut on glass bowl_

Time Open: _6-7 hours ago._

Length: _1 cm_

Circle:   ~~Superficial~~        Deep        Clean        Dirty

Cleaning / Irrigation / Debridement: _500 cc NaCl._

Anesthesia: _6cc Lidocaine_

Suture Type: _5.0 Ethilon_

Number of Sutures Required: _# 4_

Closure Technique: _Simple Interrupted_

Antibiotics: _∅_

Dressing: _Bacitracin + gauze_

Return To Suture Removal In _10_ Days.   _Friday 5/14/04_
                                          Day / Date / Time

Sutured By: _SCOT FLECK, PA-C_ Title: _PA-C_
        (Please Print Name Legibly)

GMH 40-163
Revised 9/01

**✚ Grady Health System®**
Emergency Care Services
Discharge Instructions Record

TIME: _____23ᵒᵒ_____
DATE: _____05/04/04_____
DIAGNOSIS: ___LACERATION___

CP0238187   05/04/04

---

**Symptoms to report to Doctor:**

Pain/pressure not relieved by meds_____
Nausea/vomitting/diarrhea_____
Swelling in hands, feet, ankles_____
Burning/difficult urination_____
Numbness/tingling/decreased feeling in toes or fingers_____
Headache not relieved by meds_____
Increased redness,pain,swelling ___✓___
Odor,drainage from cut/wound ___✓___

Increased shortness of breath_____
Increased drowsiness or confusion_____
Any unusual bleeding_____
Any abdominal pain_____
Excessive bruising_____
Fever greater than 101° ___✓___
Dizziness/fainting_____
Other_____

---

**Special Instructions: (wound care, dressing change, cast care, etc.):**
TAKE MEDICATION AS PRESCRIBED; FOLLOW-UP FOR SUTURE REMOVAL
ON 05/14/04; KEEP CLEAN & DRY

---

**Medications Prescribed:**

| DOSE | FREQUENCY | ROUTE | SPECIAL INSTRUCTIONS |
|---|---|---|---|
| VICODIN   1 TABLET | EVERY 6 HOURS | ORAL | CAUSES DROWSINESS |
| | | | |
| | | | |
| | | | |

---

**Diet:** INCREASE FLUIDS
**Activity:** No restrictions_____ Bedrest_____ No weight bearing_____ No driving ___✓___ No heavy lifting_____
As tolerated_____ No sexual activity_____ No climbing stairs_____ No operating heavy machinery ___✓___

---

**Discharged to:** Home ___✓___ Nursing Home_____ Personal Care Home_____ Jail_____ Other_____

---

**Accompanied by:** Self ___✓___ Family\Friend_____ Social Services_____ Other_____
**Transported by:** Ambulatory ___✓___ Wheelchair_____ Stretcher_____ Other_____
**Type of Transportation:** Car_____ Non-emergency transport_____ Ambulance_____ Other ___✓___
**Help Devices/Equipment:** Crutches_____ Walker_____ Other_____
Demonstration/Return Demonstration: Yes_____ No_____

---

**Interpreter Used:** Yes_____ Language_____ No ___✓___
**Follow up:** UCC_____ Grady Clinic ___✓___ WUCC_____ Private M.D._____
Grady ECC if condition worsens ___✓___ *If you have any questions or problems call Advice Nurse at (404) 616-0600.*
**Work excuse given:** Yes_____ If yes, return to work in _____ days No ___✓___

---

*Your signature below shows that you have received and do understand the instructions given. A copy of this chart may be sent to your primary physician.*

NURSE SIGNATURE: _____ RN   PATIENT SIGNATURE: _____
OTHER SIGNATURE: _____   RELATIONSHIP TO PATIENT: _____

**✚ Grady Health System ®**
**Emergency Care Center**
**PACe Provider Report**

CR CP023316T  05/04/04

*Imprint Patient Addressograph Here*

**TIME** 9pm **DATE:** 5/4/04 **CC:** Cut finger

**HPI** 36 y/o male cut finger in a bowl about 6 hours ago. middle finger, ℗ hand.

| Pain | None | Mild | Moderate | Severe |
|------|------|------|----------|--------|
| | 0 1 2 3 | 4 5 6 | 7 ⑧ 9 | 10 |

**PMH**
☑ Triage note reviewed    ⟩10yrs Tetanus/UTD
RAD  DM  HTN  CAD  CVA  CA  ~~ST~~  HIV
DV    PSYCHE
OTHER    ☐ Old chart reviewed

**Medications:** ∅

**Allergies:** ⊘NKDA

**Family / Social HX**
RAD  DM  HTN  CAD  CVA  CA
☑ TOB ⅓ ppd
☑ EtOH  socially
☐ OTHER

**ROS**    ☐ Unable to fully assess due to: ☐ Altered LOC    ☐ Age    ☐ Other: ____
☐ System review otherwise unremarkable (must mark at least two systems)

**Legend: Circle-Pos / Slash-Neg**

Gen: ~~Fatigue~~
~~Fever~~
~~Wt Loss~~
~~Night Sweat~~
~~Chills~~

ENT: Eye pain
Sore throat
Ear pain
Rhinorrhea
Facial Swelling

CV: Chest pain
Edema
Palpitation

Resp: Dyspnea
Cough
Wheeze
Hemoptisis

Other: ____

GI: Abdominal pain
Nausea / vomiting
Diarrhea
Constipation
Hemetemesis
Rectal Bleeding

Musc / Myalgia / arthralgia
ROM

Skel: Back pain

Skin / Rash
Itching

Heme: ~~Bruising / bleeding~~
Laceration / abrasion

Eye: Redness
Swelling
Vision Change
Double Vision
Tearing
Pain
Discharge

Allergic/ Hay fever
Immune: Eczema

GU / Dysuria
Incont.
Discharge

GYN: Frequency
LMP:

Neuro: ~~Headache~~
~~Dizzy~~
~~Weakness~~
~~Sensory Loss~~

**PHYSICAL EXAM** ☐ VS reviewed  36¹ T  75 HR  20 RR  126/69 BP  O₂ Sat  Accucheck ____

| | Yes No | | Yes No | | Yes No | | Yes No |
|---|--------|---|--------|---|--------|---|--------|
| Gen | ☑☐ Well-nourished | Neck | ☐☐ Supple | Chest | ☐☐ Chest wall tender | Ext | ☑☐ Normal muscle tone |
| | ☐☐ Well-hydrated | | ☐☐ Lymphadenopathy | | ☐☐ Normal Breast Exam | | ☐☐ Full range of motion |
| | ☐☐ Distress | | ☑☐ Bruit | | | | ☑☐ Tender |
| | ☐☑ Awake / alert | | | Abd | ☐☐ Distended | | ☐☐ Normal Joints |
| | ☐☑ Toxic | Back | ☐☐ TLS spine tender | | ☐☐ Tender | | |
| Eyes | ☐☐ PERRL / EOMI | | ☑☐ C Spine tender | | ☐☐ Normal bowel sounds | Skin | ☐☑ Rash |
| | ☐☐ Sharp discs | CV | ☐☐ RRR | | ☐☐ Mass / organomegaly | | ☐☑ Patchier / purpura |
| | ☐☐ Normal conjunctivae | | ☐☐ Murmur | | ☐☑ Rectal occult blood negative | | ☐☑ Abscess/cyst |
| | ☑☐ Visual Acuity | | ☐☐ Pulse deficit | | | Neuro / | ☐☐ CN II-XII intact |
| ENT | ☐☐ TMs normal | | ☐☐ Edema | GU | ☐☐ CVA tenderness | Psych | ☐☐ Norm motor function |
| | ☐☐ Rhinorrhea | Resp | ☐☐ Labored | | ☐☐ Bladder tenderness | | ☐☐ Normal reflexes |
| | ☐☐ Normal oropharynx | | ☐☐ Lungs CTA | | ☐☐ Abnormal discharge | | ☐☐ Normal gait |
| | | | | | | | ☑☐ Oriented x 3 |

**MEDICATION/IV GIVEN IN ECC**

Vicodin 5/500 7 PO

**PERTINENT PHYSICAL FINDINGS:**

Vertical laceration to DIP of middle finger, ℗ hand. mild bleeding. tender. NS intact. FROM. Ø capsule rupture. Ø FB.

MRC 40-268    Dev 4/02    Rev 5/02; 6/02, 8/03    Original: Medical Records    First Copy: Clinic File    Second Copy: Admitting

Time to PACE   Time Seen-Provider   sp Time   Code
1455

**LABS**   ☐ ABG   ☐ VBG   ☐ CBC

___ pH   ___ PCO₂
___ pO₂   ___ HCO₃

UA:   ___ Gluc   ___ Bili   ___ Ket   ___ SG   ___ Bld
___ PH   ___ Prt   ___ Urobil   ___ Nit   ___ Leuk
___ WBC   ___ RBC   ___ Squam   ___ Bact

Other: ___
BHCG: Pos   Neg

___ PT   ___ PTT   ___ INR   ___ CPK   ___ MB   ___ Troponin
___ Mg   ___ Ca   ___ Phos   ___ Amylase   ___ Lipase
___ ALT   ___ AST   ___ D Bili   ___ T Bili   ___ AlkPhos

CXs ordered:

☐ Blood  ☐ Chlamydia / GC  ☐ CSF  ☐ Stool  ☐ Throat  ☐ Urine  ☐ Wound
**EKG** ☐ Old EKG reviewed and no change   Date:_____
☐ Rhythm strip interpretation: Rate:_____   ☐ NSR  ☐ ST
☐ Other:

**RADIOLOGIC STUDIES**

**PROCEDURE NOTE**

- Digital block with 6cc Lidocaine
- Irrigated wound with 500 cc normal saline.
- Sutured with 5.0 Ethilon   4 sutures.

**ED COURSE AND MEDICAL DECISION MAKING PLAN**

- Bacitracin + bandaid

**ATTENDING DOCUMENTATION**

Pertinent history obtained by attending:

Pertinent PE obtained by attending:

Attending assessment/plan:

**ATTENDING PROCEDURE NOTE**

**FINAL DIAGNOSIS:**
1. Laceration
2.
3.
4.

**LEVEL OF CARE:**   I   II   **III**   IV   V   CC
**DISCHARGE INSTRUCTIONS**

- RT ER if infection develops - red, hot, pus, fever
- Flu Suture removal (120) in 10 days

**PRESCRIPTIONS**   Vicodin

☐ Discharge home
☐ Transfer to:_____   ☐ Admitted to:_____
☐ Service consulted:_____   time:_____
☐ Service consulted:_____   time:_____
**DISCHARGE CONDITION**
☐ Stable   ☐ Unstable   ☐ Guarded   ☐ Critical
**COMPLEXITY**
☐ Moderate   ☐ High
☐ The attending has supervised the evaluation of the patient and reviewed the resident/PA written HPI, MH, SH, FH, ROS, PE, labs & ED course
☐ Medical decision-making reviewed and amended by attending as required
☐ Attending confirms above diagnosis as written
☐ Attending confirms above plan as written
☐ Attending supervised pertinent portions of the procedure
Attending Faculty Name _____

Attending Faculty Signature:_____
Care turned over to Dr._____   at _____

Attending critical care time:_____
AP/Resident Name   Scot Flech, PA-C
AP/Resident Signature:   SCOT FLECH, PA-C
Care turned over to Dr._____   at _____

```
                                          16:29 05/04/04 FROM 1001,ZPOREGF1
                            *** Outpatient Reg Form ***
  Pt Name:      BILLINGSLEY ,LORENZO
  Nurs Sta:          Hosp Svc:  EMR    Pt Type:  E   Clinic:   PACE
  Room/Bed:               Rec No:  000020238187   Pt No:     406427070
  Patient
  SSN:                      Birthdate: 09/27/1967   Adv Dir Exec:
                882 FOX ST NW APT 16               Pt Informed:
                                                   Adv Dir in MR:
                ATLANTA                             GA       30318-
  Pt Phone #:   404 - 892-1699      Fin Class:  U   Marital Sts:   S
  Pt Sex:  M    District Code:   60   Language:     Pt Race:  3
                Pt Rel:             Arrival Mode:  A  Org Donor:   Donor Card:
  Patient Employer Info:
                UNEMPLOYED



  Occupation:                                               Ext
Guarantor Info:
  Guar Name:    BILLINGSLEY ,LORENZO
                882 FOX ST NW APT 16
                                                Pt Rel:    S
                ATLANTA
                404 - 892-1699                  GA        30318-

  Primary Contact Info:

                                                Pt Rel:

  Home Phone:           -              Work Phone:       -        Ext

  Secondary Contact Info:

                                                Pt Rel:

  Home Phone:           -              Work Phone:       -        Ext

  Insurance Info:
  Ins Code:     U99       SELF PAY               Priority:     1
  Policy No:                        Group No:    Sub Rel:      01
  Subscriber:   BILLINGSLEY ,LORENZO
  GHBC/GHC:
  Ins Code:                                      Priority:
  Policy No:                        Group No:    Sub Rel:
  Subscriber:

  Ins Code:                                      Priority:
  Policy No:                        Group No:    Sub Rel:
  Subscriber:

  Ins Code:                                      Priority:
  Policy No:                        Group No:    Sub Rel:
  Subscriber:
  Complaint:    CUT TO FINGER
  Reg Dt/Tm:    05/04/04   16:27     Reg Source   EO   Reg By: ECCST1
  Reg Dr Name:  BLANTON, JANN        Reg Dr No:   441717
  Atn Dr Name:  BLANTON, JANN        Atn Dr No:   441717
  PCP Dr Name:                       PCP Dr No:
```



MR 020238187   05/04/04
INS '99

Billingsley, L

① Imprint Patient Addressograph Here.

### PHYSICIAN'S PROGRESS NOTES – ORDER FORM

# ✚ GRADY HEALTH SYSTEM®
### Atlanta, Georgia

1. The signature of the physician and his/her Grady ID number must accompany all orders.
2. All orders are to be dated and times
3. 1 through 6 must be completed for all orders

| ② Drug Allergies: ☒No ☐ Yes ( If Yes, specify) | ③ Area: _Pace_ | ④ DIABETES MELLITUS |
|---|---|---|
| ⑤ WEIGHT (Kg) _____ ☐ Actual ☐ Approximate | ⑤ Room # _6_ | ☐ Yes  ☒No |

**Procedure Orders :** (CHECK APPLICABLE BOXES)          (CIRCLE TYPE OF ORDERS)   **EMERGENT/"STAT"        URGENT/"ASAP"**

☐ Continuous ECG Monitoring    ☐ EKG    ☐ Orthostatic Vital Signs    ☐ Fingerstick Glucose    ☐ Cervical Immobilization
☐ Nasal Cannula  ☐ Simple Mask  ☐ Non-rebreather
☐ Foley Catheter    ☐ Condom Catheter    ☐ Straight Cath    ☐ Pulse Oximetry    ☐ O₂ @ _____ L
☐ IV Start/Saline Lock    ☐ IV Fluids(type): _____ @ _____ cc/hr. x _____ liters

**Orders for Laboratory Tests:** (CHECK APPLICABLE BOXES)

**Chemistry**
☐ CHEM – 4 (Electrolytes)
☐ CHEM – 7 (Hepatic Panel)
☐ CHEM – 8 (Basic Metabolic)
☐ CHEM – 10 (Renal Panel)
☐ CHEM – 14 (Comp. Metabolic)
☐ Amylase
☐ Magnesium
☐ CPK – Total
☐ LDH
☐ Lactate
Cardiac Enzymes
 (must be ordered individually)
☐ CPK - Total
☐ CPK - MB
☐ Troponin
☐ pro-BNP
☐ Lipase

**Hematology**
☐ CBC with platelets
☐ CBC with diff and platelets
☐ Hemoglobin & Hematocrit

**Toxicology**
☐ Ethanol - Serum
☐ Dilantin
☐ Phenobarbital
☐ Acetaminophen
☐ Salicylate
☐ Digoxin

**Blood Gas**
☐ Arterial Blood Gas
☐ Venous pH

**Coag Studies**
☐ PT/INR
☐ PTT
☐ Fibrinogen
☐ D-dimer

**Blood Bank**
☐ Type & Screen
☐ Type & Crossmatch _____ units

**Urine Studies**
☐ Urinalysis - Urine dipstick
☐ Urinalysis with microscopy
☐ Pregnancy Test - Urine
Urine Drug Screen  (must order test individually)
☐ Barbituates – Urine
☐ Opiates – Urine

**Endocrine**
☐ Beta-hydroxy butyrate
☐ Quantitative b-HCG

**Microbiology**
☐ Blood Cultures x ____ sets
   at ____ min intervals
☐ Urine C&S

☐ Occult Blood - Stool

☐ Cocaine Metabolite - Urine
☐ Benzodiazepines - Urine

**Other Orders / Laboratory Tests:**

_Vicodin 5/500  1 PO  Given_

_SHuh, PA-C  10487  5/4/04_     _Given_   _05/04/29  2115_
Physician's Signature and ID #     Pager #    Date/Time          Nurse's Signature & Title          Date & Time

**Other Orders:**

_Tetanus 0.5 mg IM  Given w_

**Preliminary Diagnosis/Medical Necessity** (Reason for studies/procedures, if applicable): _____

_SHuh, PA-C  10487  5/4/04_     _Given_   _05/04/29  2250_
Physician's Signature and ID #     Pager #    Date/Time          Nurse's Signature & Title          Date & Time

MRC 40-240          Dev: 10/98     Rev: 11/02; 8/2003          White Copy: Medical Records          Yellow Copy: Pharmacy



# Emergency Care Center Discharge Checklist

Card Imprint 1967

Each item with an * must accompany every medical record chart.
Place a ✓ by each form received below. Please indicate the following:

☐ Admission    ☐ AMA    ☐ DNA    ☐ DIC    ☐ DOA    ☐ 13-B

| ECC | Medical Records | Required Forms |
|---|---|---|
| | | Discharge Instruction Sheet signed by the nurse and patient * |
| | | Valuables Checklist signed by the nurse, patient, and area clerk * |
| | | Patient Care Record signed by the nurse * |
| | | Provider Report with disposition signed by the resident and attending * |
| | | Consent for Treatment signed by patient and registration representative * |
| | | Demographic Sheet * |
| | | Encounter Form signed and completed by the nurse and attending |
| | | Nursing Level Worksheet, signed by nurse * |
| | | Emerge Card completed by nurse in pencil * |
| | | **Additional Forms which may accompany the chart** |
| | | ECC Order Form |
| | | Narrative Nurses' Notes |
| | | Chest Pain Orders (Yellow copy left in Discharge for Dr. Norwood) |
| | | Admission / Transfer Form |
| | | Bed Request Form (For admitted discharges, yellow copy to Med..Rec.) |
| | | Restraint Order and Flowsheet |
| | | Outpatient Clinic Referral with physician name and ID number |
| | | Trauma Flowsheet signed by nurse |
| | | Sedation and Analgesic (with signed consent to treat) |
| | | Other |

**Departed from System?** ☒ Yes   ☐ No, Why? _____   **Departure Code** _____

**Reviewed By:** _____   **Date:** 5/04

**Comments:** _____

(Original copy of checklist to Medical Records) (Yellow copy with Chief of Service)

Patient Identification Bracelet On/Present : Yes ☒  Location: ® WRIST

Objective Assessment of Chief Complaint: _Pt. has lac over ® long finger MIP_
_joint. Bleeding controlled c̄ bandage. Full ROM_

RN Signature: _C. Johnson, RN_

| | Time | Medication / Dose | | | Route | Initials | Time | Patient's Response to Meds | Initials |
|---|---|---|---|---|---|---|---|---|---|
| **MEDICATIONS** | 2115 | Vicodin  ī | | VICODIN | PO | CG | | | |
| | 2250 | Tetanus Tox 0.5 ml 05/27/04 | | | IM | CG | | | |

| | Time | IV Catheter Gauge | Location | Fluid Type/Amount/ Rate | | | Initials |
|---|---|---|---|---|---|---|---|
| **IV / IIDS** | | | | | | | |

| | Time | Temp | Pulse | Resp | BP | SaO₂ | BS | GCS | Intake | Output | Fall Risk Score | Monitor Alarms | Pump Alarms | Vent/Other Alarms | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **VITAL SIGNS** | 2250 | — | 54 | 16 | 125/88 | | | 15 | — | | ∅ | On ☐ Audible ☐ | On ☐ Audible ☐ | On ☐ Audible ☐ | CG |
| | | | | | | | | | | | | On ☐ Audible ☐ | On ☐ Audible ☐ | On ☐ Audible ☐ | |
| | | | | | | | | | | | | On ☐ Audible ☐ | On ☐ Audible ☐ | On ☐ Audible ☐ | |
| | | | | | | | | | | | | On ☐ Audible ☐ | On ☐ Audible ☐ | On ☐ Audible ☐ | |

| | Onset Time | Provoking Factors | Quality Description | Region Location | Assessment Tool | Pain Intensity Score | Intervention Code | Re-Assessment Time | Pain Intensity Score | Initials |
|---|---|---|---|---|---|---|---|---|---|---|
| **PAIN Re-ASSESSMENT** | | | | | | | | | | |

| | Time | | | | | | | Initials |
|---|---|---|---|---|---|---|---|---|
| **NURSES NOTES** | 2115: Pain meds given as ordered. | | | | | | | CG |
| | 2250 Tetanus given, ® RXN noted, D/C instructions given c̄ | | | | | | | CG |
| | understanding verbalized by pt. | | | | | | | |

**DISP**

Disposition: ☒ Home  ☐ Nursing Home  ☐ Personal Care Home  ☐ Jail  ☐ Admitted  ☐ Morgue
Condition at Discharge/Admission: ☒ Stable  ☐ Unstable  ☐ Guarded  ☐ Critical  ☐ DIC
Discharge Time: __2300__    Admit Time: _____    Time – Died In Clinic (DIC): _____
Admit to Bed Type: ☐ Critical Care  ☐ Telemetry  ☐ Step-Down  ☐ Isolation  ☐ Med/Surg  Other: _____
Team: _____    Time to Bedded Unit: _____

| Initials | Full Signature | Initials | Full Signature |
|---|---|---|---|
| | | CG | AB ___ |

# Exhibit N
# Authorization for Disclosure of Confidential Information dated April 6, 2005

PAGE. 2/2





## *JIMMY ABBETT*
### *Sheriff*
Tallapoosa County Sheriff's Department
316 Industrial Park Drive
Dadeville, Alabama 36853
(256) 825-4264 • FAX (256) 825-1012



AUTHORIATION FOR
DISCLOSURE OF
CONFIDENTIAL INFORMATION

TO: Dr. Sublett

I, _Lorenzo Billingsle_ hereby authorize the above named person or organization to release below information concerning me. This information and dates of care shall include:

_Current Meds, H+P also Discharge Summary if_
_available_

The purpose of disclosure of this information shall be for:

## IDENTIFYING INFORMATION AT TIME OF ADMISSION:

Inmate's Full Name: _Lorenzo Neal Billingsley_

Address: _882 Fox ST Atlanta Ga. Apt #16_

Social Security: _____   Race: _B_   Sex: _M_

I understand that I may revoke this consent at any time, except to the extent that based on this consent has been taken. This consent will expire 60 days from this date, unless my continuum of care (aftercare, referral services, etc.) requires extension of the 60 days. No case shall this extension exceed one year from this date ( _4-6-06_ ).

My consent to the forgoing is voluntarily made and I understand that the confidentiality of this information is protected by Federal State Law and cannot be disclosed without my written consent. Forseeable risks that may arise by reason of the release of said information have been explained to me.

The authorization and request is fully understood and is made voluntarily on my part this _6_ day of _April_ 20 _05_

_Lorenzo Billingsley_                    _C. LaBoc RN_
Inmate Sign.                             Witness

# Exhibit O
# Medical Records obtained from Russell Medical Center

# Nuclear Imaging Report

PATIENT: _Billingsley, Lorenzo_

ACCESSION # _000 527790_

## Nuclear Images:

Resting images obtained using __40.0__ mCi of myoview. Rest gated left ventricular wall motion analyzed.

## INTERPRETATION:

1. Myoview perfusion scan demonstrates ___ Mild myeroseptal perfusion defect associated c̄ bowel artifact

2. Gated LV wall motion analysis reveals ___ Normal wall motion

3. Calculated EF is approximately __49%__ %

_[signature]_

2/25/05

Lorenzo Billingsley 02/24/05



**RUSSELL MEDICAL CENTER**

**Russell Medical Center**
P.O. Box 939
Alexander City, AL 35010
256-329-7280 Fax 256-329-7364

## Adult Echocardiogram

Name: **Billingsley, Lorenzo N.**
MRN: **6648**
Ordering M.D.: **Roach/Sublett #201 DK#038B**
Study Date: **02/24/2005 01:40 PM**

Age: **38 yrs**      Height:
DOB: **09/27/1966**   Weight:

Reason for Study: **Acute Chest Pain**

**Interpretation Summary**
A two-dimensional transthoracic echocardiogram with M-mode and Doppler was performed. The study was technically adequate.

**Left Ventricle:**
The left ventricle is normal in size. There is normal left ventricular wall thickness. The left ventricular ejection fraction is normal.

**Left Atrium:**
The left atrium is normal size.

**Right Ventricle:**
The right ventricle is normal size.

**Right Atrium:**
The right atrium is normal.

**Aortic Valve:**
The aortic valve is tri-leaflet with thin, pliable leaflets that move normally. No aortic regurgitation is present.

**Mitral Valve:**
The mitral valve leaflets appear normal. There is no evidence of stenosis, fluttering, or prolapse. There is no mitral regurgitation noted.

**Tricuspid Valve:**
The tricuspid valve is not well visualized, but is grossly normal. There is trace tricuspid regurgitation. Right ventricular systolic pressure is normal.

**Pulmonic Valve:**
The pulmonic valve is not well seen, but is grossly normal. There is no pulmonic valvular regurgitation.

**MMode/2D Measurements & Calculations**

IVSd: **1.01 cm**
LVIDd: **5.22 cm**
LVIDs: **3.68 cm**
LVPWd: **1.01 cm**

LA dimension: **3.26 cm**
Ao root diam: **2.79 cm**
ACS: **1.66 cm**

**Time Measurements**

**Doppler Measurements & Calculations**

TR Max PG: **17.0 mmHg**
RVSP: **27.0 mmHg**

Apr. 7. 2005  5:56AM    CARDIOLOGY OF CENTRAL ALABAMA    No.4043  P. 4

Lorenzo Billingsley 02⬤05

Interpreted by: Kevin L. Sublett, M.D., F.A.C.C. on 02/24/2005 06:15 PM
** REPORT SIGNATURE ON FILE **

Sent 02/24/2005 10:34:     Page — 2

RUSSELL MEDICAL CENTER
ALEXANDER CITY, ALABAMA

PATIENT NAME:     BILLINGSLEY,LORENZO N.
ACCOUNT #:        V011516622
PHYSICIAN:        Sublett,Kevin D.
MED REC #:        M0006648
STATUS:           ADM IN

CONSULTATION REPORT

DATE OF CONSULTATION:  02/24/05

PROBLEM LIST:
1.   Chest pain.
2.   Abnormal EKG.
3.   Cocaine use.
4.   History of "enlarged heart".
5.   Hypertension.
6.   Longstanding nicotine use.

MEDICATIONS ON ADMISSION INCLUDE:
1.   Norvasc (not taken).
2.   Took 2 aspirin prior to arrival.

ALLERGIES:  No known drug allergies.

HISTORY OF PRESENT ILLNESS: Mr. Billingsley is a 38 year old African American male patient
with the aforementioned medical diagnoses who presented to the Emergency Department with the
chief complaint of chest pain.  The patient describes this pain as a "sharp squeezing
heaviness" in the middle of his chest.  It has been waxing and waning for the past 24 hour
period with some radiation down the right arm.  He's had some nausea and shortness of
breath.  The patient was cooking in the kitchen when the pain occurred.  The pain has
persisted for 30 minutes after ER presentation, and was relieved with the administration of
nitroglycerin, aspirin, and morphine IV.  The patient underwent previous cardiac evaluation
in the year 2004 at Grady Hospital in Atlanta secondary to similar symptoms.  Of note, the
patient's urine drug screen is positive for cocaine, and he states that he has snorted this
over the past week or so.  There is no history of IV drug use.  The patient does smoke.

PAST MEDICAL HISTORY:  Is noted above.

SURGICAL HISTORY:  Is mentioned above.

SOCIAL HISTORY:  The patient has been a longstanding nicotine user.  Cocaine use (as
mentioned above).  Occasional ETOH.  No IV drug use.  The patient is engaged.

FAMILY HISTORY:  Positive for coronary artery disease.

REVIEW OF SYSTEMS:  Negative other than listed in the history of present illness.

PHYSICAL EXAM:  Reveals a well-nourished, well-developed African American male patient in no
acute distress.
VITAL SIGNS:  Temp is 97.9, pulse 51, respirations 22, B/P 105/49.
HEENT:  Normocephalic, atraumatic.  PERRLA.  EOMI.
N:    Supple without adenopathy, JVD or bruits.

Sent 02/24/2005 10:34:    ●    Page - 3    ●

RUSSELL MEDICAL CENTER
ALEXANDER CITY, ALABAMA

PATIENT NAME:    BILLINGSLEY,LORENZO N.
ACCOUNT #:    V011516622
PHYSICIAN:    Sublett,Kevin D.
MED REC #:    M0006640
STATUS:    ADM IN

CONSULTATION REPORT

HEART: Normal S1, S2. PMI is nondisplaced.
LUNGS: Are clear to auscultation without wheezing, rales or rhonchi.
ABDOMEN: Soft, nontender, with bowel sounds present.    RECTAL: Deferred.
GU: Deferred.
EXTREMITIES: No clubbing, no cyanosis or edema.
NEUROLOGIC: The patient is alert and exam is nonfocal.

12 lead EKG as mentioned above.

PERTINENT LABORATORY STUDIES: Urine drug screen is positive for cocaine. Troponin of 0.01.
Creatinine is 0.7. Hemoglobin of 13. BNP of 10. Chest x-ray is unavailable at the time of
dictation.

IMPRESSION: Chest pain, with cocaine use, history of "enlarged heart with scar" by cv
evaluation in November of 2004 at Grady Hospital in Atlanta.

PLAN: Noninvasive studies to include a resting Myoview scan, doppler echo, and CT of the
chest with pulmonary angio will be performed with further recommendations to follow.


                                        Sandy Morgan, CRNP

I have reviewed the history, examined the patient, and participated in the medical decision
making of this patient.


KS/SM/mI                                KEVIN SUBLETT, M.D.

CC: Dr Martin Roach
D: 02/24/05    1007
T: 02/24/05    1039





**RUSSELL**
**Medical Center**
P.O. Box 939
Alexander City, Alabama 35010

**Transcription Report**

Name: BILLINGSLEY,LORENZO N.
Phys: ROACH,MARTIN G.
DOB: 09/27/1966 Age: 38          Sex: M
Acct: V011516622 Loc: 201 A
Exam Date: 02/24/2005 Status: ADM IN
Radiology No: 00010428
Unit No: M0006648

```
                              * * * *
                               *    *
                              * * * *
```

XAM#      TYPE/EXAM                              RESULT
00527779 CT/CT PULMONARY ANGIO

BILLINGSLEY, LORENZO N.
HISTORY: A 38 year-old with concern for pulmonary embolus. The
patient has chest pain.
*CT PULMONARY ANGIO: 02/24/05*
105 axial images done after administration of 150cc's of Omnipaque 300
at 2mm thickness are compared to the chest CT of 04/20/02. There is
minimal change of COPD. No evidence to suggest pulmonary embolus is
seen. There is no definite hilar or mediastinal lymph adenopathy.
Opacity in the posterior aspect of the lung bases suggest possible
mild atelectasis. No bony abnormality is seen.
IMPRESSION:
1.   No evidence of pulmonary embolus.
2.   Mild change suggesting COPD with no other significant finding.

```
        --------------------------------
```

Reported By: LOUISE R. GEARY, MD

CC: MARTIN G. ROACH

Technologist: GLENN,DAPHNE RT (R)
Transcribed Date/Time: 02/25/2005 (1536)
Transcriptionist: RAD.RJS
Printed Date/Time: 02/25/2005 (1551)

PAGE 1                        Draft Report



 

**RUSSELL**
**Medical Center**
P.O. Box 939
Alexander City, Alabama 35010

**Transcription Report**

Name: BILLINGSLEY,LORENZO N.
Phys: ROACH,MARTIN G.
DOB: 09/27/1966 Age: 38          Sex: M
Acct: V011516622 Loc: 201 A
Exam Date: 02/24/2005 Status: ADM IN
Radiology No: 00010428
Unit No: M0006648

```
                              ****
                              *  *
                              ****
```

XAM#      TYPE/EXAM                          RESULT
00527781 RAD/CHEST 2 VIEWS

BILLINGSLEY, LORENZO
HISTORY: A 38 year-old with chest pain.
PA AND LATERAL CHEST: 02/24/05
Two images are compared to the portable study of 02/23/05.

Hemidiaphragms appear mildly flattened, and there is questionable
increased AP diameter of the chest. A linear opacity seen on the
lateral examination in the anterior portion of the chest may represent
an area of subsegmental atelectasis or scar. Heart size and pulmonary
vascularity are normal. There is no other significant finding.
IMPRESSION:
1.    No definite acute abnormality. The possibility of scar or
      subsegmental atelectasis in the lung on the lateral study is
      noted.
2.    Questionable change of COPD.

-------------------------------------
Reported By: LOUISE R. GEARY, MD

CC: MARTIN G. ROACH

Technologist: BAKER,AMY MICHELLE RT (R)
Transcribed Date/Time: 02/25/2005 (1543)
Transcriptionist: RAD.RJS
Printed Date/Time: 02/25/2005 (1553)

PAGE 1                    Draft Report





ent 02/28/2005 10:08:10    Page - 1

**RUSSELL**
**Medical Center**
P.O. Box 939
Alexander City, Alabama 35010

**Transcription Report**

Name. BILLINGSLEY,LORENZO N.
Phys: ROACH,MARTIN G.
DOB: 09/27/1966 Age: 38    Sex: M
Acct: V011516622 Loc: 201 A
Exam Date: 02/24/2005 Status: ADM IN
Radiology No: 00010428
Unit No: M0006648

```
****
*  *
****
```

| XAM# | TYPE/EXAM | RESULT |
|---|---|---|
| 00527780 | NM/NM ACUTE MI SPECT | |

BILLINGSLEY, LORENZO N.

*Nuclear Images:*
Resting images obtained using 40.0mCi of Myoview.  Rest gated left
ventricular wall motion analyzed.

*INTERPRETATION:*
1.  Myoview perfusion scan demonstrates mild anteroseptal
    perfusion defect associated with bowel artifact.
2.  Gated LV wall motion analysis reveals normal wall motion.
3.  Calculated EF is approximately 49%.

```
------------------------------------
```

Reported By: KEVIN SUBLETT, MD

CC: MARTIN G. ROACH

Technologist: DAVID A. FRENCH, CNMT
Transcribed Date/Time: 02/25/2005 (1331)
Transcriptionist: RAD_JCS
Printed Date/Time: 02/25/2005 (1552)

PAGE 1                    Draft Report

