# Exhibit P
# Medication/Physician Orders

NKA

# MEDICATIONS/PHYSICIAN ORDERS

Billingsley
Lorenzo

## MEDICATIONS

| Date | Medication (List all current medications except those listed on the front of this form) | Dosage/Route/Administration |
|------|------|------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## PHYSICIAN ORDERS

| Date | Order | Signature |
|------|-------|-----------|
| 5-18-01 | Tetracycline 500mg po bid x 10dys, Hc cream bid | |
| 7/13/99 | Napersyn 500 ÷ PO BID | Dr. Schuster |
| 8/5- | PCN 2 Tabs PO BID X 7dys | |
| 2/24 | triple antibiotic to head BID | John Schuster Crys |
| 12/28/00 | Lamis. 1 Apply to affected BID until Healed | (aweb) |
| 1/19/2001 | Amoxicillin 500mg i PO BID X 1wk | |
|  | Ibuprofen 600mg i PO BID X 1wk | |
| 9/28/200 | Ibuprofen 800mg i PO BID PRN | aw |
| 9/30/2002 | send to LMCH for OP X-ray Right Hand PO Discharge | a |
| 9/30/2002 | Ex ST Acetaminophen 800mg " PO BID PRN | aweb |
| 10/11/2002 | ↓ Ibuprofen 600 mg BID | aweb |
| 10/18/2002 | D/C ↓ Ibuprofen | aweb |
| 4-1-05 | Miconazole Cream 2% qd as needed | C. LeBose RN |
|  | Ex ST Tylenol 1 po bid as needed | C. LeBose RN |

# MEDICATIONS/PHYSICIAN ORDERS

*Billingsley Lorenzo*

## MEDICATIONS

NKA

| Date | Medication | (List all current medications except those listed on the front of this form) | Dosage/Route/... | D Disco... |
|------|-----------|------|------|------|
|  |  |  |  |  |

## PHYSICIAN ORDERS

| Date | Order | / | Signature |
|------|-------|---|-----------|
| 4-7-5 | CTS # of — vessicle Keflex 1g PO bid x 7d | | |
| 4-15-05 | Keflex 500mg 1 po bid X 7 days | | C. DuBose RN |
| 4-19-5 | D/C Keflex Bacitracin cream x 2 weeks Doxycycline 100 ml X 2 weeks | | |
| 5-4-5 | Amoxil 500 B bid X 2wks Oint Bacitracin cm bid Appt - Dr Mackey | | |
| 5-9-05 | Lamisil 250mg 1 pog d X 3wks Loprox gel apply BID x 3wks / D/C Bacitracin Dr Mackey | | C. DuBose RN |

TCJ Form-07

MEDICATIONS/PHYSICIAN ORDERS

_Billingsley, Fran..._

## MEDICATIONS

| Date | Medication | (List all current medications except those listed on the front of this form.) | Dosag | | Date discontinued |
|------|-----------|------|------|---|------|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

## PHYSICIAN ORDERS

| Date | Order | Signature |
|------|-------|-----------|
| 5-6-5 | Resperdal 80 In |  |
| 6-7-05 | Atarax 25mg @ night TAM 0.1% Oint bid | Dr Mackey / C.L.Borch |
| 6-15-5 | Resperdon 5 In D/C Atarax |  |

# Exhibit Q
# Medical Records from Lake Martin Hospital

# Lake Martin Community Hospital

201 Mariarden Road
Dadeville, Alabama, 36853
Phone: 256-825-7821
Fax: 256-825-5311

| Name: | BILLINGSLEY, LORENZO | | | Accession: 59703 | |
|---|---|---|---|---|---|
| Patient Number: | 009013533 | | | | |
| Birth: | 9/27/1966 | Age: 38 years | Sex: M | | |
| Doctor: | JAIL / Schuster, Robert | | | Collected/Drawn: 4/8/2005 03:18 PM | CBN |
| | | | | Received in Lab: 4/8/2005 03:18 PM | JES |
| Home Phone: | (000)000-0000 | | | | |
| HOSPITAL # | 947048 | | | | |

| Test Name | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| **GRAM STAIN** | | | | |
| **AEROBIC CULTURE** | | | | |

*Tests Sent Out: 4/8/2005  Results Received: 4/8/2005*

*Tests Sent Out: 4/8/2005  Results Received: 4/8/2005*

04/15/2005 14:16    12568255311    LAKE MARTIN COMMUNIT    PAGE 01

# Lake Martin Community Hospital
201 Mariarden Road
Dadeville, Alabama, 36853
Phone: 256-825-7821
Fax: 256-825-5311

| | | |
|---|---|---|
| Name: | **BILLINGSLEY, LORENZO** | |
| Patient Number: | 009013533 | **Accession: 59703** |
| Birth: | 9/27/1966    Age: 38 years    Sex: M | |
| Doctor: | JAIL / Schuster, Robert | Collected/Drawn: 4/8/2005 03:18 PM    CBN |
| Home Phone: | (000)000-0000 | Received in Lab: 4/8/2005 03:18 PM    JES |
| HOSPITAL # | 947048 | |

| Test Name | Result | Units | Flag | Reference Range |
|---|---|---|---|---|

### Quest Results

| ID | Name | Result | Unit | Flag | Reference Range | Status |
|---|---|---|---|---|---|---|
| 4550 | **CULTURE, AEROBIC BACTERIA** | | | | Run on: 4/14/2005 at 04:00 PM | |

SOURCE: : BLISTER
TRANSPORT MEDIA: : BBL CULTURE SWAB

| | | | | |
|---|---|---|---|---|
| 75000000 | SOURCE: | SEE NOTE | | |
| BLISTER | | | | F |
| 75000100 | STATUS: | FINAL | | |
| 75001800 | RESULT: | NO GROWTH | | F |
| | | | | F |

Test Performed at:
QUEST DIAGNOSTICS-ATLANTA
1777 MONTREAL CIRCLE
TUCKER, GA  30084      WILLIAM M MILLER, MD

*— End Of Report —*

Reviewed By: _____                    Date: _____

# Exhibit R
# Medication Administration Record dated April 1, 2005 through April 30, 2005

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Miconazole Cream 2% daily as Needed | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ex ST Tylenol ɫ twice a day as Needed | 0800 / 8p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Keflex 500 mg 1 twice a day X 7 days | 0800 / 8p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Keflex 500 mg 1 twice a day X 7 days | 0800 / 8p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Doxycycline 100 mg twice a day X 14 days | 0800 / 8p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Betanet Cream twice a day X 2 wks (10 mg) | 0800 / 8p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |
| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |
| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | | | | | | | | | |

CHARTING FOR 4-1-05 THROUGH 4-30-05

Physician Schuster

Alt. Physician

Allergies N K A

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: By: | | Title: | Date: |
|---|---|---|---|---|---|
| | | | | | |

Medical Record No.

Telephone No.

Alt. Telephone

Rehabilitative Potential

RESIDENT Billingsle...

# Exhibit S
# Medication Administration Record dated May 1, 2005 through May 30, 2005

# MEDICATION ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Miconazole Cream 2% daily as needed — 0800

Se St Tylenol 2 twice a day as needed — 800, 8p

Doxycycline 100mg twice a day X 14 days — 0800, 8p

Bentamex Cream twice a day X 2wks — 800, 8p

BS now

Amoxicillin 500mg twice a day X 2wks — 800, 8p

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | | | | | | | | | |

CHARTING FOR 5-1-05    THROUGH 5-31-05

| Physician | | Telephone No. | | Medical Record No. |
|---|---|---|---|---|
| Alt. Physician | | Alt. Telephone | | |
| Allergies  N K A | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: | | | |
|---|---|---|---|---|---|
| | | By: | | Title: | Date: |
| RESIDENT  Billie | | D.O.B. | Sex | Room | Patient | Admission |

# Exhibit T
# Records received from Dr. Mackey dated May 9, 2005

Date: 5/9/05  New Patient Name: _Lorenzo Billingsley_ Ins: _Jail_
Ref. Dr. (First) _Robert_ (Last) _Schuster_
Age _38_ Ht _5'7_ Wt _145_ Race _B_ Sex _M_ DOB _9-27-66_

**HISTORY:**
Medical Allergies: _Ø_

Past or Current Medical Problems: (ex: HBP, Diabetes, Cancer) _____

Previous Skin Cancer Information
Have you ever had a SCC, BCC or Melanoma? Yes/**No** Which one? _____ Loc: _____
Have any of your immediate family members had Melanoma? Yes/**No** Loc: _____
Would you like a Skin Cancer Screening? Yes/**No** All Over/Specific Area _____
Present Medications: _antibiotics_

Past Major Operations: _Ø_
Due to above operations, do you have to take antibiotics before surgery? Yes/**No**

**SOCIAL HISTORY:**
Married  Single  Widowed  Divorce
Do you smoke or chew tobacco? Yes/**No**/Na   Do you drink alcohol? Yes/**No**/Na
Are you pregnant, planning a pregnancy or breast feeding? Yes/**No**/Na

Chief Complaint:

| | Loc | Quality | Severity | Duration | Prev Tx |
|---|---|---|---|---|---|
| (1) Blisters | Rt foot | irr | mod | x month | antibiotics |
| (2) | Hands | | | | |
| (3) | | | | | |
| (4) | | | | | |

**Medical Decision Making:**

| Dias | Qty | Size | Treatment | Bx (yes/no) | Test |
|---|---|---|---|---|---|
| (1) Tinea Pedis | ( ) ( ) cm | Lamisil x 3wk | _____ (yes/no) | KOH |
| (2) | ( ) ( ) cm | Loprox gel | _____ (yes/no) | |
| (3) | ( ) ( ) cm | | _____ (yes/no) | |
| (4) | ( ) ( ) cm | | _____ (yes/no) | |
| (5) | ( ) ( ) cm | | _____ (yes/no) | |

PLEASE
DO NOT
STAPLE
IN THIS
AREA

TALLAPOOSA COUNTY JAIL
316 INDUSTRIAL PARK DRIVE
DADEVILLE
AL  36853

PICA

**HEALTH INSURANCE CLAIM FORM**

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
BILLINGSLEY, LORENZO N

3. PATIENT'S BIRTH DATE
MM 09 DD 27 YY 1966   SEX  M☐ F☑

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
BILLINGSLEY, LORENZO N

5. PATIENT'S ADDRESS (No., Street)
TALLAPOOSA COUNTY JAIL

6. PATIENT RELATIONSHIP TO INSURED
Self☐ Spouse☐ Child☐ Other☒

7. INSURED'S ADDRESS (No., Street)
TALLAPOOSA COUNTY JAIL

CITY
DADEVILLE      STATE AL

8. PATIENT STATUS
Single☒  Married☐  Other☐

CITY
DADEVILLE      STATE AL

ZIP CODE
36853
TELEPHONE (Include Area Code)
(205)329-0698

Employed☐  Full-Time Student☐  Part-Time Student☐

ZIP CODE
36853
TELEPHONE (INCLUDE AREA CODE)
(205)329-0698

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES☐ NO☒

a. INSURED'S DATE OF BIRTH
MM DD YY   SEX M☐ F☐

b. OTHER INSURED'S DATE OF BIRTH
MM DD YY   SEX M☐ F☐

b. AUTO ACCIDENT?   PLACE (State)
YES☐ NO☒

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES☐ NO☒

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES☐ NO☐  If yes, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE      DATE 05 24 2005

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT:  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)
MM DD YY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
SCHUSTER, ROBERT

17a. I.D. NUMBER OF REFERRING PHYSICIAN
F46548

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY   TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   $ CHARGES
YES☐ NO☒

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 110.4  DERMATOPHYTOSIS FO
2. 
3. 
4. 

22. MEDICAID RESUBMISSION CODE      ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From / To MM DD YY MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS / MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 09 2005 | 3 | 9 | 99243 | 110.4 | 135 00 | 1 | | | | 051038661 |
| 2 | 05 09 2005 | 3 | 8 | 87220 | 110.4 | 10 00 | | | | | 051038661 |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |

*(handwritten: Booking # 05-000495  NID # 48914  Contact # 488 480  Initial CR  Date 6-1-03)*

25. FEDERAL TAX I.D. NUMBER  SSN☐ EIN☒
721355996

26. PATIENT'S ACCOUNT NO.
0419730001

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES☒ NO☐

28. TOTAL CHARGE
$ 145 00

29. AMOUNT PAID
$

30. BALANCE DUE
$ 145 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED SLM   DATE 05 24 2005

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
ALEXANDER CITY DERMA
3368 HWY 280 STE 208
ALEXANDER CITY, AL 35010

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
STEVEN L. MACKEY, MD.
1722 PINE ST. SUITE 400
MONTGOMERY, AL 36106
PIN# 051038661MAC   GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)      PLEASE PRINT OR TYPE      APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500, APPROVED OMB-1215-0055 FORM OWCP-1500.  APPROVED OMB-0720-0001 (CHAMPUS)

PHYSICIAN OR SUPPLIER INFORMATION



ALEXANDER CITY DERMATOLOGY, P.C.
**STEVEN L. MACKEY, M.D.**
RUSSELL HOSPITAL MEDICAL PARK OFF. BLDG
3368 HIGHWAY 280, SUITE 208
ALEXANDER CITY, AL 35010                    (256) 409-2159

401 3RD STREET WEST                          (256) 208-7891
SYLACAUGA, AL 35150

DEA # BM 4694320                             LIC. # 14427 (ALA)

NAME  Lorenzo Billingsley

ADDRESS _____ DATE _____

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

**LOPROX®**
**TOPICAL SUSPENSION**
(ciclopirox) 0.77%
☐ 30mL    ☐ 60mL

**LOPROX® GEL**
☒ 30gm    ☐ 45gm    ☐ 100gm

Refill ___ 02 ___ times

☐ Label

PRODUCT SELECTION PERMITTED _____ DISPENSE AS WRITTEN _____

4LDE5091997

---

ALEXANDER CITY DERMATOLOGY, P.C.
**STEVEN L. MACKEY, M.D.**
RUSSELL HOSPITAL MEDICAL PARK OFF. BLDG
3368 HIGHWAY 280, SUITE 208
ALEXANDER CITY, AL 35010                    (256) 409-2159

401 3RD STREET WEST                          (256) 208-7891
SYLACAUGA, AL 35150

DEA # BM 4694320                             LIC. # 14427 (ALA)

NAME  Lorenzo Billingsley

ADDRESS _____ DATE _____

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

Lamisil 250mg
Too QD x 3 wks

# 21

Refill ___ 02 ___ times

☐ Label

PRODUCT SELECTION PERMITTED _____ DISPENSE AS WRITTEN _____

4LDE5091997

# Exhibit U
# Medication Administration Record dated May 6, 2005 through May 23, 2005

# MEDICATION ADMINISTRATION RECORD



RECEIVED FROM SMITH DATA PROCESSING • 1-800-239-0767

SPECIAL A-55

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Bacitracin ointment 8p
to foot twice a day          D/C'd

8p → DISC

Lamisil 250 mg
1 daily x 3 wks          800

Loprox gel apply          800
to (L) foot twice a day
x 3 wks          8p

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | | | | | | | | | |

CHARTING FOR   5-6-05   THROUGH   5-31-05

| | | |
|---|---|---|
| Physician | Telephone No. | Medical Record No. |
| Alt. Physician | Alt. Telephone | |
| Allergies   N/KA | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: | | |
|---|---|---|---|---|
| | | By: | Title: | Date: |
| RESIDENT | | D.O.B. | Sex | Room # | Patient Code | Admission Date |

# Exhibit V
# Records Received from Dr. Mackey dated June 6, 2005

**Date:** 6/6/05 **Est Patient Name:** Lorenzo Billingsby **Ins:** TC Jail

**Age** 38 **Ht** 5 7 **Wt** 145 **Race** B **Sex** M **DOB:** 9/27/66

### HISTORY:
**Medical Allergies:** _____

**Any changes in Past or Current Medical Problems: (ex: HBP, Diabetes, Cancer, New Operations)**
_____
_____

Has Patient ever had skin cancer? Yes/No If Yes mark location on body area below.

### Present Medications: _____

Would you like a Skin Cancer Screening? Yes/No  All Over/Specific Area _____

### SOCIAL HISTORY:
Do you smoke or chew tobacco? Yes/No/Na  Do you drink alcohol? Yes/No/Na

Are you pregnant, planning a pregnancy or breast feeding? Yes/No/Na

| Past Complaint: | Loc | Quality | Severity | Prev Tx | Outcome |
|---|---|---|---|---|---|
| (1) area spreading arms | irr | mod | tonisol | worse |
| (2) | | lrgs | | | |
| (3) | | | | too prox | |

| Present (New) Complaint: | Loc | Quality | Severity | Duration | Prev Tx |
|---|---|---|---|---|---|
| (1) | | | | | |
| (2) | | | | | |
| (3) | | | | | |
| (4) | | | | | |

### Medical Decision Making:

| Diag | Qty Size | Treatment | Bx | Test |
|---|---|---|---|---|
| (1) | ( )( cm) | Kudar atopix | (yes/no) | |
| (2) | ( )( cm) | TAM | (yes/no) | |
| (3) | ( )( cm) | | (yes/no) | |
| (4) | ( )( cm) | | (yes/no) | |
| (5) | ( )( cm) | | (yes/no) | |

ALEXANDER CITY DERMATOLOGY, P.C.
STEVEN L. MACKEY, M.D.

RU.
3368 HIGHWAY 280, SUITE 208    BULD.
HOSPITAL MEDICAL PARK OFF.
ALEXANDER CITY, AL 35010                (256) 409-2159

401 3RD STREET WEST                      (256) 208-7891
SYLACAUGA, AL 35150

DEA # BM 4694320                         LIC. # 14427 (ALA)

NAME  lorenzo Billingsley        AGE

ADDRESS _____ DATE 6-6-5

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

ATARAX
25mg
1po qhs
#30
Ø1 Refill

Refill _____ times

☐ Label

PRODUCT SELECTION PERMITTED        DISPENSE AS WRITTEN

✿                                  3BDE5091997

---

ALEXANDER CITY DERMATOLOGY, P.C.
STEVEN L. MACKEY, M.D.

RU.
3368 HIGHWAY 280, SUITE 208    BULD.
HOSPITAL MEDICAL PARK OFF.
ALEXANDER CITY, AL 35010                (256) 409-2159

401 3RD STREET WEST                      (256) 208-7891
SYLACAUGA, AL 35150

DEA # BM 4694320                         LIC. # 14427 (ALA)

NAME  lorenzo Billingsley        AGE

ADDRESS _____ DATE 6-6-5

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

TAM
0.1% OINT
#1 lb jar
Apply Bid
Ø2 Refills

Refill _____ times

☐ Label

PRODUCT SELECTION PERMITTED        DISPENSE AS WRITTEN

✿                                  3BDE5091997

# Exhibit W
# Tallapoosa County Employee Time Sheet

## Tallapoosa County Employee Time Sheet

Beginning Pay Period 4-3 20__
Ending Pay Period 4-22 20__
Name _____
Department _____
SS # _____

| Date | Regular Hours Worked | Overtime At Regular Rate | Overtime At Time & 1/2 | Comp Time Worked Regular Rate | Comp Time Worked Time & 1/2 | Comp Time Taken | Vacation Leave | Sick Leave | Holiday Worked | Holiday Taken | Leave Without Pay | Military Leave | Administrative Leave | Legal Leave |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Saturday 4-9 | 12 | | | | | | | | | | | | | |
| Sunday 4-10 | 12 | | | | | | | | | | | | | |
| Monday 4-11 | 12 | | | | | | | | | | | | | |
| Tuesday 4-12 | 12 | | | | | | | | | | | | | |
| Wednesday 4-13 | | | | | | | | | | | | | | |
| Thursday 4-14 | | | | | | | | | | | | | | |
| Friday 4-15 | | | | | | | | | | | | | | |
| **Subtotal** | | | | | | | | | | | | | | |
| Saturday 4-16 | | | | | | | | | | | | | | |
| Sunday 4-17 | 12 | | | | | | | | | | | | | |
| Monday 4-18 | | | | | | | | | | 12 | | | | |
| Tuesday 4-19 | 12 | | | | | | | | | | | | | |
| Wednesday 4-20 | 12 | | | | | | | | | | | | | |
| Thursday 4-21 | | | | | | | | | | | | | | |
| Friday 4-22 | | | | | | | | | | | | | | |
| **Subtotal** | | | | | | | | | | | | | | |
| **Total** | 84 | | | | | | | | | | 12 | | | |

Hours x 1.5 _____

Hours x 1.5 _____

**Supervisor:** All regular time, overtime and compensatory time was worked and approved according to law.

_____
Signature

**Employee:** I certify that: Hours credited as having worked are correct; leave charged is correct and that sick, leave was due to illness or was taken for authorized purposes; all over time and compensatory was worked and approved according to law or regulations.

I acknowledge my personal liability for any error or misstatement of facts set forth herein and I understand the Tallapoosa County Commission is relying on the accuracy of this employee time sheet and I agree to idemnify the Tallapoosa County Commission for any funds improperly paid, based on the information contained herein.

_____
Signature

**Approving Official:** I certify that this report is correct.

_____
Signature

4-18-05   Leave without Pay _____

_____
_____
_____

White - File        Yellow - Employee        Pink - Department Head

# Exhibit X
# Waiting List to see Dr. Norris

## PROGRESS NOTES

Name _DA NUNNS_

UMR # _825 7853_

| Date | Service Area | Sign All Entries |
|------|--------------|------------------|
| | | Daniels Bryces Referred to GP 3-15-05 |
| | | ~~Nary~~ ~~Robbins~~ |
| | | ~~Russell Roberson~~ out |
| | | Welcher Steven  5-16-05 tooth extracted |
| | | ~~Kenneth Belcuase~~ 4-13-05 tooth extracted |
| | | Billy _____ 4-21-05 tooth extracted |
| | | ~~Patrick Johnston~~ states he will |
| | | Carl Heard  sick 5-11-05 | sick 6-2-05  be in Kilby |
| | | Sidney White  5-11-05 extract tooth |
| | | ~~James Banks~~ |
| | | Carroll Dennis 6-2-05 2 teeth extracted |
| | | ~~Tyron~~ Butler - Sent to State 5-6-05 |
| | | Cornelius Milner  Had tooth extracted 6-16-05 |
| | | ~~Willie Crayton~~ - Sent to State 5-19-05 |
| | | ~~Shosta Crayton~~ Sent to Rehab |
| | | ~~Curtis Pitts~~ |
| | | Jermey David |
| | | ~~Jessie Pearson~~ 6-7-05 Released |
| | | ~~Ricky Hicks~~ |
| | | Albert Baker  out |
| | | Johnny Herchett |
| | | Edwarde Jackson |
| | | John McIntyre |
| | | Bobby Robinson |
| | | Fredrikk Rowe  Sent to State 5-6-05 |
| | | Marcus McNeal |
| | | Wayne McElrath |
| | | ~~James Johnson~~ out |
| | | Lorenzo Billingsley |
| | | Dishitri Dorie |
| | | ? Perry McDonald |
| | | ~~Jessie Ware~~ Did not fill out Request |
| | | Jarmichael Hart |
| | | Latisha Moon |

# Exhibit Y
# Inmate File



# TALLAPOOSA COUNTY JAIL
# COURT ACTION/ARREST
# AUTHENTICATION

This form is to be completed by the transporting officer anytime an inmate makes a court appearance or placed in jail without an arrest report. Correctional Officers shall complete when information is given via telephone, mail or other means concerning sentencing, bonds or other court actions.

DATE: _4-29-5_

NAME OF PRISONER: _Lorenzo Billingsley_ NID#: _14914_

JUDGE: _Tagner_          CASE # (IF KNOWN) _____

CHARGE(S): _CS / AC_

COURT ACTION/REMARKS: CHECK ALL THAT APPLY

_____ 1. BOUND TO GRAND JURY

_____ 2. BOND REMAINS THE SAME

_____ 3. BOND SET AT: _____

_____ 4. PURGE AMOUNT SET AT: _____

_____ 5. RELEASED TIME SERVED BY ORDER OF JUDGE

_____ 6. RELEASED ON PROBATION BY ORDER OF JUDGE

_____ 7. CASE CONTINUED; DATE: _May 26, 2005    9:00_

_____ 8. INMATE SENTENCED TO: _____

_____ 9. APPOINTED ATTORNEY: _____

_____ 10. COURT ORDERED HOLDS FOR: _____

ADDITIONAL REMARKS:

_____

_____

_____

BOOKING OFFICER                    OFFICER COMPLETING FORM



# TALLAPOOSA COUNTY JAIL
# COURT ACTION/ARREST
# AUTHENTICATION

This form is to be completed by the transporting officer anytime an inmate makes a court appearance or placed in jail without an arrest report. Correctional Officers shall complete when information is given via telephone, mail or other means concerning sentencing, bonds or other court actions.

**DATE:** 3·31·5

**NAME OF PRISONER:** Lorenzo Billingsley  **NID#:** 14914

**JUDGE:** Taylor  **CASE #: (IF KNOWN)** _____

**CHARGE(S):** Child Support.

**COURT ACTION/REMARKS: CHECK ALL THAT APPLY**

_____ 1. BOUND TO GRAND JURY

_____ 2. BOND REMAINS THE SAME

_____ 3. BOND SET AT: $2500 secure

_____ 4. PURGE AMOUNT SET AT: $500

_____ 5. RELEASED TIME SERVED BY ORDER OF JUDGE

_____ 6. RELEASED ON PROBATION BY ORDER OF JUDGE

_____ 7. CASE CONTINUED; DATE: _____

_____ 8. INMATE SENTENCED TO: _____

_____ 9. APPOINTED ATTORNEY: _____

_____ 10. COURT ORDERED HOLDS FOR: _____

**ADDITIONAL REMARKS:**
If He can come up with some money let The Judge know.

**BOOKING OFFICER**                    **OFFICER COMPLETING FORM**

ACR363

ALABAMA JUDICIAL DATA CENTER
DISTRICT COURT OF ALEX CITY COUNTY
WRIT OF ARREST

CASE: DC 1999 000182.03
JUDGE: CLAYTON KIM TAYLOR

THE STATE OF ALABAMA       VS BILLINGSLEY LORENZO

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: BILLINGSLEY LORENZO
AND BRING HIM/HER BEFORE THIS COURT TO ANSWER THE STATE FOR THE CHARGE OF
 1) USE/POSS DRUG PARAPHERNALIA
FAILURE TO PAY OR APPEAR AS HERETOFORE ORDERED ON THE CHARGE(S) OF:

WITNESS MY HAND THIS 22ND DAY OF SEPTEMBER, 2003.

BOND SET AT:
                                    JUDGE/CLERK/MAGISTRATE

DEFENDANT'S ADDRESS:            DEFENDANT'S DESCRIPTION:

164 BURNS ST                    HT: 5' 07"   WT: 150 LBS
                                HAIR: BLK    EYE: BRO
ALEXANDER CITY   AL  35010-0000 BIRTH DATE: 09/27/1966
                                RACE: B      SEX: M
 SSAN:

ALIAS:

EMPLOYER: _____   PHONE NO: _____

TICKET NUMBER:                  AGENCY/OFFICER:  0620000/ROYSTER

NOTE:

(X) IF THIS BLOCK IS CHECKED, THE DEFENDANT MAY BE RELEASED UPON PAYMENT
    OF COURT COSTS, FINES AND RESTITUTION OF:          $677.80

 OFFICER'S RETURN:

 RECEIVED ON _____

 EXECUTED ON ____03/23/05_____   BY: _____

 ( ) DEFENDANT ARRESTED, RELEASED ON BOND
 (X) DEFENDANT ARRESTED, IN JAIL
 ( ) DEFENDANT ARRESTED, NOT BOOKED
 ( ) NOT FOUND
 ( ) OTHER _____

 SHERIFF _____      OFFICER _____

PREPARED ON: 09/22/2003 AT: 15:06:49          BY: VIE

<u>ALIAS CAPIAS</u>     <u>WRIT OF ARREST</u>     <u>DISTRICT COURT</u>

THE STATE OF ALABAMA                    CASE NO.  CS 1994-435.01

TALLAPOOSA COUNTY, ALABAMA              DHR NO.  20721

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST **LORENZO BILLINGSLEY**,

AND BRING HIM BEFORE THE TALLAPOOSA COUNTY DISTRICT COURT,

INSTANTER TO ANSWER TO THE STATE OF ALABAMA ON A CHARGE OF

CONTEMPT OF COURT FOR FAILURE TO APPEAR AGAINST THE PEACE AND

DIGNITY OF THE STATE OF ALABAMA.

WITNESS MY HAND THE 23RD DAY OF SEPTEMBER, 2003.

JUDGE, DISTRICT COURT
TALLAPOOSA COUNTY, ALABAMA

SEP 2003
RECEIVED
FRANK LUCAS
CIRCUIT CLERK

Tallapoosa County
Executed within by arresting
Lorenzo Billingsley
and placing defendant (X) in jail, or
( ) on bond. Date
Jimmy Abbott, Sheriff
_____ D. Sheriff

**LORENZO BILLINGSLEY**
**HE BROUGH LIFE MINISTRY**
**590 ENGLISH AVENUE**
**ATLANTA, GA  30318**

**BLACK MALE, DOB: 9-23-67, AGE: 36, SSN:                    )4", WT: 120**
**CHILD SUPPORT ARREARS:  $14,512.00 OWED AS OF AUGUST 31, 2003,**
**PLUS INTEREST OF $9,570.92**

**\*\* PURGE - $500.00  \*\***

# Summary

3/23/2005 1:13:01 AM

**ID#:  14914**

PictureLink for Windows

## BILLINGSLEY, LORENZO
## 164 BURNS STREET
## ALEXANDER CITY AL  35010
## (256)329-0698

**Previous Address:**





3/23/2005 1:14:32 AM

3/23/2005 1:14:49 AM

**Identification Information:**

| | |
|---|---|
| Gender: Male | Race: Black |
| Ethnic: African American | DOB: 09/27/1966   Age: |
| Height: 5'07 | Weight: 143 |
| Hair: Black | Eyes: Brown |
| Complexion: Light Brown | Glasses: |
| Hairstyle: Short | Teeth: Straight |
| Speech: Speaks in Quiet | Build: Slender |
| State ID:  AL01041874 | Fed ID: 926388FA3 |
| DL:  F056329 - AL | |
| Local ID: 00188586 | LID Type: AIS |
| SMT Code: | Desc: |
| MO:  Preferred Drugs: | Crack Cocaine |

:

Notes:  SUBJ ALSO USED DOB: 06-27-67  09-23-67 ALSO

BILLINGSLEY, LORENZO NEAL - 14914



# TALLAPOOSA COUNTY JAIL

## IN-PROCESSING CHECK LIST

Inmates Name: **Billingsley Lorenzo** Name ID: **14914** Date In: **3-23-05**

Booking Number: **05-000 495** Time In: **00 44** Shift: **A-2**

✓ 1. Medical screening completed. Notify nurse of any major problems.

✓ 2. Property Issued. (Explain to inmate about the responsibility of property.)

n/a 3. Finger printing. Livescan.

✓ 4. Photos.

✓ 5. Arrest report, IO reports, Arrest Authentication sheet in file.

✓ 6. Bond Set, Purge amount set, and inmate has been informed. Comments: _____
500 w C/S - FTP ~~Poss Poss~~ Drug Parn - 677.70

✓ 7. All copies of reports made and copies and originals in appropriate location.

✓ 8. All property and valuables have been secured in appropriate location.

n/a 9. Any cash inmate request to be transferred to commissary account has been accounted for and placed in appropriate location.

✓ 10. NCIC Check completed:

_____ No wants or warrants

_____ Wanted for: _____

by: **Pinkton** _____

_____          **3-23-05 - 0044**
Booking Officer's Signature          Date/Time Booking Completed

_____
**Sgt. Mason**
Supervisor Reviewed

*Supervisor must review all bookings prior to filing record.

**CORRECTIONS**

# TALLAPOOSA COUNTY JAIL
## INMATE REQUEST FORM
### (ONLY ONE REQUEST PER FORM)

NAME: Lorenzo Billingsley ID# 1494 , CELL# B 5 DATE: 4 27-05

- - - - - - - - - - - - - - - - - - - - - - - - - - -

BRIEFLY OUTLINE YOUR REQUEST:

Sgt. are Officer on Hall - B

I Lorenzo Billingsley Need to go to Law Liebery today to look up something on a Case please."

Sign,

Mr. Lorenzo Billingsley
(INMATES SIGNATURE)

DO NOT WRITE BELOW THIS LINE — FOR REPLY ONLY

Approved 3-6-05

3-6-05
(DATE)

Wylow
(OFFICERS SIGNATURE)
TCJ Form -04

## TALLAPOOSA COUNTY JAIL
### PENDING DISCIPLINARY ACTION

**TO:Lorenzo Billingsley**                 **CELL NUMBER:B5**

**This notice is to inform you that rule violations have been levied against you by Correctional Officers of the Tallapoosa County Jail. This will serve you notice that a Disciplinary Committee will be appointed within the next 7 days to hear the following rule violations against you.**
**ENGAGING IN SEXUAL ACTS**

**If you feel that you are not guilty of the alleged violation, you may request a hearing before the disciplinary committee. When the committee reviews your case, you may present documentary evidence or call witnesses in your defense providing that this does not present an undue hazard to institutional safety or correctional goals.**

**You are hereby reminded that should you desire a hearing before the disciplinary committee, you have no right to confrontation of witnesses and no right to cross examine witnesses. Retained or appointed counsel will not be permitted.**

### CHECK ONE

\_\_\_\_ **I wish to have my case heard by the disciplinary committee and I hereby claim my right to 24 hours preparation time for my defense.**

\_\_\_\_ **I hereby waive my right to 24 hours preparation time and request an immediate hearing.**

\_\_\_\_ **After having been advised of my right to a hearing, I hereby acknowledge guilt of misconduct as charged and waive my right to a hearing before the disciplinary committee. I will accept whatever disciplinary action is deemed appropriate by the Jail Administrator. I am making this decision voluntarily and without coercion, threat, or promises from the jail staff.**

         **Inmate Signature:** _____
         **Date/Time:** _____

**This notice was served to the above named inmate on** _5-4-05_

**at** _8 15 25_ _____ **by** _Ofc. Hell_ .

**Event # 473438**                        **TCJ Form-19A**

<u>Description:</u>

*Sgt. Mason*

# TALLAPOOSA COUNTY JAIL
## INMATE REQUEST FORM
### (ONLY ONE REQUEST PER FORM)

NAME: Kenny Billingsley   ID#_____, CELL#C 4 DATE: 4-11-05

----

BRIEFLY OUTLINE YOUR REQUEST:

I Need Soop, Toothpaste, Toothbrush
And a New writing Pen Please.

Thank you

Kenny Billingsley
(INMATES SIGNATURE)

----

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY

Approved

3-11-05
(DATE)

Hall
(OFFICERS SIGNATURE)

TCJ Form -04



# TALLAPOOSA COUNTY JAIL
# COURT ACTION/ARREST
# AUTHENTICATION

This form is to be completed by the transporting officer anytime an inmate makes a court appearance or placed in jail without an arrest report. Correctional Officers shall complete when information is given via telephone, mail or other means concerning sentencing, bonds or other court actions.

DATE: _5-26-05_

NAME OF PRISONER: _Billingsley, Lorenzo_  NID#: _____

JUDGE: _Taylor_  CASE #: (IF KNOWN) _____

CHARGE(S): _CS_ _____

COURT ACTION/REMARKS: CHECK ALL THAT APPLY

_____ 1. BOUND TO GRAND JURY

_____ 2. BOND REMAINS THE SAME

_____ 3. BOND SET AT: _____

__✓__ 4. PURGE AMOUNT SET AT: _Same_

_____ 5. RELEASED TIME SERVED BY ORDER OF JUDGE

_____ 6. RELEASED ON PROBATION BY ORDER OF JUDGE

__✓__ 7. CASE CONTINUED; DATE: _July 12, 2005_

_____ 8. INMATE SENTENCED TO: _____

_____ 9. APPOINTED ATTORNEY: _____

_____ 10. COURT ORDERED HOLDS FOR: _____

ADDITIONAL REMARKS:

_____

_____

_Lt. Moss_

BOOKING OFFICER                OFFICER COMPLETING FORM

# TALLAPOOSA COUNTY JAIL
## INMATE REQUEST FORM
### (ONLY ONE REQUEST PER FORM)

NAME: _Lorenzo Billingsly_ ID#_14914_ CELL#_C-1_ DATE: _6-13-05_

BRIEFLY OUTLINE YOUR REQUEST: _Lt. Moss_

_Did you talk with the Judge about putting me on the Dockte for Child Support on the 22nd of June if not will you give him a Call Please._

_Mr. Lorenzo Billingsly_
(INMATES SIGNATURE)

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY

_Lorenzo I talk with Judge Taylor on friday he Advise that he will see you on June 22 the next C.S. Court and did get your letter._

_6-13-05_
(DATE)

_Lt. Moss_
(OFFICERS SIGNATURE)

TCJ Form -04

```
06/17/2005                Tallapoosa County Sheriff's Department                        422
10:12                        Inmate Cash Account File:                          Page:    1

                                                        Confined
                                               Cash Account Balance:              0.00
   Records 1 through 15 of 18   for BILLINGSLEY, LORENZO NEAL

     Date     Officer     Chk/Rcpt# Description          From/to Who          Amount
 04/05/2005 MADAMS           70708  Commissary Purch BILLINGSLEY, LORE        -1.28
 03/29/2005 MADAMS           70509  Commissary Purch BILLINGSLEY, LORE       -48.72
 03/28/2005 MADAMS           70379 MO 5383463212      E.S. FILES              50.00
 06/10/2003 MADAMS           50742  Commissary Purch BILLINGSLEY, LORE       -10.00
 06/09/2003 MADAMS           50722 MO 48216972        NANCY THOMAS            10.00
 01/16/2003 MADAMS            3241 OVER 90 DAYS OLD   GIRL'S RANCH            -0.34
 08/21/2002 MADAMS           43727  Commissary Purch BILLINGSLEY, LORE        -9.69
 08/19/2002 MADAMS           43620 MO 42519701        NANCY THOMAS            10.00
 08/16/2002 MADAMS           43426  Commissary Purch BILLINGSLEY, LORE        -2.42
 08/06/2002 MADAMS           43190  Commissary Purch BILLINGSLEY, LORE       -17.55
 08/02/2002 MADAMS           43024 MO 9704515618      MELISSA WELCH           20.00
 01/15/2002 MADAMS           37521  Commissary Purch BILLINGSLEY, LORE       -10.00
 01/15/2002 MADAMS           37578 REFUND OF COMMISA LORENZO BILLINGSL        10.00
 01/15/2002 MCMICHAEL,        2699 Closed Account     Inmate Fund/Loren      -10.00
 01/09/2002 MADAMS           37431 MO 9855073152       NANCY THOMAS           10.00

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =
```

04/26/2005
09:16                    Tallapoosa County Sheriff's Department
                                                                          422
                                                              Page:      1

  Check/Id Number:        1161
           Date: 04/26/2005
Cash Account for:        43361
             TUTANKHAMUN HOLT              Acct. Balance: $15.04
                                    Loc: TCJ -TCJ -C    -C-6 -0009


  I, TUTANKHAMUN HOLT, hereby authorize the withdrawl of $5.25
from my cash account, to be paid to TALLAPOOSA COUNTY COMMISSION
by MADAMS


                                   _____
                                   TUTANKHAMUN HOLT


  I, MADAMS, certify that I have withdrawn $5.25 from the
cash account of TUTANKHAMUN HOLT and paid this amount to
TALLAPOOSA COUNTY COMMISSION as authorized.



                         By: _____
                             MADAMS


  I, TALLAPOOSA COUNTY COMMISSION, hereby certify that I have received
$5.25 withdrawn from the cash account of TUTANKHAMUN HOLT


                         _____
                         TALLAPOOSA COUNTY COMMISSION