IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORENZO NEAL BILLINGSLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:05-CV-428-FWO |
| | ) |
| JIMMY ABBETT, et al., | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF BRIAN WOODS

STATE OF ALABAMA        )
                        )
COUNTY OF TALLAPOOSA    )

1. My name is Brian Woods. I am over the age of nineteen and competent to make this affidavit.

2. I was employed by the Tallapoosa County, Alabama, Sheriff's Department and worked at the Tallapoosa County Jail under May 30, 2005.

3. I am familiar with the Plaintiff due to his incarceration in the Tallapoosa County Detention Facility.

4. I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

5. I did not give the Plaintiff the wrong medicine, intentionally or otherwise. I was not even on duty on the date that Plaintiff claimed that he gave him the wrong medication. I did not ever refuse to give Plaintiff his medication.

6. To my knowledge, Plaintiff has not been threatened or attacked while in the Tallapoosa County Jail.

7. I swear to the best of my present knowledge, information, and belief that the above statements are true; that I am competent to make this affidavit; and, the above statements are made by drawing from my personal knowledge of the situation.

*Brian K Woods*
BRIAN WOODS

**SWORN TO** and **SUBSCRIBED** before me this 30 day of June, 2005.

*Marianne Adams*
NOTARY PUBLIC
My Commission Expires: **MY COMMISSION EXPIRES JULY 10, 2008**