**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **LORENZO NEAL BILLINGSLEY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.    ) | Civil Action No. 3:05-CV-428-FWO |
| ) | |
| **JIMMY ABBETT, et al.,** ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' MOTION FOR LEAVE TO SUPPLEMENT AFFIDAVIT

COME NOW Tallapoosa County Sheriff Jimmy Abbett, designated as "Jim Abbett" in the Complaint, Chief Deputy Kenny Sherrer, Jail Administrator Blake Jennings, Nurse Cathy Dubose, incorrectly designated as "Kathy Dubosie" in the Complaint, Sergeant Robbie Frazier, Brian Woods, and Sergeant Ava Mason, Defendants in the above-styled cause, and submit this Motion for Leave to Supplement their Special Report with the executed affidavit of Brian Woods. As grounds for so moving the Defendants state as follows:

1. Defendants filed their Special Report on June 27, 2005.

2. Attached to the Special Report was the unexecuted copy of the Affidavit Brian Woods, which Defendants indicated they would seek permission to supplement when they received the executed affidavit.

3. Plaintiff will not be prejudiced by this supplementation.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that this Honorable Court grant their Motion for Leave to Supplement the Affidavit of Brian Woods attached to their Special Report with the signed and executed Affidavit filed contemporaneously with this Motion.

Respectfully submitted this the 5th day of July, 2005.

> **s/Amanda Allred**
> GARY L. WILLFORD, JR. Bar Number: WIL198
> AMANDA ALLRED Bar No. ALL079
> Attorneys for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive
> P.O. Box 240909
> Montgomery, Alabama 36124
> Telephone: (334) 262-1850
> Fax: (334) 262-1889
> E-mail: aallred@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 5th day of July, 2005, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

> Lorenzo Neal Billingsley
> Tallapoosa County Jail
> 316 Industrial Park Drive
> Dadeville, AL 36853

> **s/Amanda Allred**
> OF COUNSEL