**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                      TELEPHONE (334) 954-3600

July 5, 2005

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Billingsley v. Abbett et al**

**Case Number 3:05-cv-00428-F**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 21   filed on   July 5, 2005.**