IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | |
|---|---|
| LORENZO NEAL BILLINGSLEY | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 3:05-CV-428-F |
| JIMMY ABBETT, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion to Substitute (Doc. No. 21), and for good cause, it is

ORDERED that the motion is GRANTED.

Done this 7th day of July, 2005.

                                /s/Charles S. Coody
                                CHARLES S. COODY
                                CHIEF UNITED STATES MAGISTRATE JUDGE