IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORENZO NEAL BILLINGSLEY | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 3:05-CV-428-F |
| | (WO) |
| JIMMY ABBETT, *et al.*, | * |
| Defendants. | * |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Plaintiff filed the instant action on May 9, 2005. On May 17, 2005 the court entered an order which instructed Plaintiff, among other things, to inform the court of any change in his address. (Doc. No. 9.)

On July 5, 2005 the envelope containing Plaintiff's copy of an order filed June 30, 2005 was returned to the court marked with the notation "return to sender, unauthorized, not here Tallapoosa Co. Jail; attempted, not known," because Plaintiff was no longer at the address he had provided to the court. Consequently, an order was entered on July 8, 2005 granting Plaintiff an opportunity to provide the court with his present. (Doc. No. 24.) Plaintiff was cautioned that his failure to comply with the court's July 8 order would result in a recommendation that this case be dismissed. (*Id.*)

On July 13, 2005, the envelope containing Plaintiff's copy of the court's July 8, 2005 order was returned to the court marked as undeliverable. As it appears clear that Plaintiff is

no longer residing at the address he provided to the court when he filed the instant complaint and that he has not provided this court with a new address, the undersigned concludes that dismissal of the complaint at this juncture is appropriate.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for Plaintiff's failures to prosecute this action properly and to comply with the orders of this court.

It is further

ORDERED that the parties are DIRECTED to file any objections to the said Recommendation on or before **July 29, 2005**. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation objected to. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 15th day of July, 2005.

                                    /s/Charles S. Coody
                             CHARLES S. COODY
                             CHIEF UNITED STATES MAGISTRATE JUDGE