IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| LORENZO NEAL BILLINGSLEY, )<br>#188586, )<br>  )<br>  Plaintiff, )<br>v.  ) <br>  )<br>JIMMY ABBETT, *et al.*, )<br>  )<br>  Defendants. ) | CASE NO. 3:05-cv-428-F |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff and that this action is DISMISSED without prejudice.

DONE this 10th day of August, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE